UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:23-cv-09957-SRM-MAR                                          Date:  September 17, 2025

Title:    *M.S. et al v. O.A. et al*

Present:  The Honorable:   MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| Valerie Velasco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER RE: EX PARTE APPLICATION, DKT. 181**

Plaintiffs M.S. and I.H. and Defendant O.A. were classmates at Santa Monica High School.  ECF Docket No. ("Dkt.") 66 at 2–3.  Plaintiffs allege that O.A. physically, emotionally, and sexually abused them both on and off campus.  Id. at 2. They allege that the abuse that happened on school grounds should have been prevented by school personnel.  Id.  This suit involves two groups of Defendants: (1) O.A. and his parents ("Family Defendants"); and (2) the Santa Monica Malibu Unified School District and several school administrators ("District Defendants").  Id.

On August 2, 2025, the Family Defendants filed an ex parte application to file under seal a joint stipulation supporting the Family Defendants' motion for a protective order related to O.A.'s forthcoming deposition, which was then scheduled for August 5, 2025.  Dkt. 156.  On the same day, the Family Defendants filed an ex parte application to stay the deposition pending the resolution of a forthcoming motion for protective order.  Dkt. 159.  Plaintiffs filed an opposition to both applications on August 4, 2025.  Dkt. 160.  The Court granted Defendants' ex parte application to stay the deposition, but refused to enter an indefinite stay, and instead postponed the deposition until August 26—a date that the parties had already determined was mutually agreeable.  Dkt. 161.  In so ruling, the Court noted that Plaintiffs' opposition "raise[d] serious questions about whether the Family Defendants might have created the crisis that necessitated their motions, which were filed on the Friday before the relevant deposition on the next Tuesday."  Id. at 13.

///

///

---

CV-90 (03/15)                            Civil Minutes – General                            Page **1** of **3**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:23-cv-09957-SRM-MAR                                    Date:  September 17, 2025

Title:        *M.S. et al v. O.A. et al*

Eventually, the Court denied the Family Defendants' motion for a protective order and ordered O.A.'s deposition to proceed under certain conditions.  Dkt.  168. The Court ordered the deposition to proceed on August 26, unless the parties all agreed to reschedule to a mutually agreeable date.  Id. at 13.  Ultimately, the deposition did not proceed on August 26.  Instead, both parties filed motions seeking review of this Court's order in front of the district judge.  Dkts. 176, 184.  The motions are set for hearing on October 8 and October 15, respectively.  Id.

On September 15, 2025, the Family Defendants filed the instant ex parte application to stay the deposition pending the district judge's rulings on their motions. Dkt. 181.  Plaintiffs filed an opposition the next day.  Dkt. 186.

Here, the Court shares Plaintiffs concerns that Defendants intend to indefinitely delay the deposition at issue.  The parties have been at odds about this deposition for months and have brought the issue before the Court several times. And yet, despite the Court's persistent refusal to indefinitely postpone the deposition, the deposition has yet to occur.  Defendants' past conduct demonstrates that they intend to do everything in their power to ensure the deposition will not go forward— as is their right, provided that they are pursuing all legal remedies available to them. However, the Court is not inclined to enable any gamesmanship that may be factoring into discussions regarding the scheduling of the deposition, which, at least for the moment, has been ordered to proceed.

On the other hand, the Court finds that it would be improper to order the deposition to proceed before the district judge resolves the motions challenging the Court's prior order about the deposition.  Accordingly, the Court will **GRANT** Defendants' motion in part, to the extent that they seek to postpone the deposition until the district judge rules on the parties' motions.  However, the Court will not stay the deposition indefinitely.  Rather, the Court will postpone the deposition for four weeks, to **October 21, 2025.**  This way, the deposition will be scheduled to occur after the hearings on the parties' motions, but before the discovery deadline, which is

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:23-cv-09957-SRM-MAR                                      Date:  September 17, 2025

Title:      *M.S. et al v. O.A. et al*

currently set for October 24.  The Court acknowledges that the Defendants have a motion to continue the deadlines in this case currently pending before the district judge.  Dkt. 183.  However, for the moment, the discovery deadline remains set for October 24.  If the deadline is changed, or the parties agree to move the deposition to a different date for some other reason, there is no need for them to get permission from this Court.  However, if the district judge rules on the parties' motions for review before October 21 and does not alter this Court's previous order, and the parties have not otherwise agreed to a different date, the deposition shall proceed on October 21.

**IT IS SO ORDERED.**

|                          |       :      |
|--------------------------|:------------:|
| **Initials of Preparer** |      vv      |