Olu K. Orange, Esq. [S. B. #213653
ORANGE LAW OFFICES, P.C.
3435 Wilshire Blvd., Suite 2910
Los Angeles, California 90010
Telephone: (213) 736-9900
Facsimile: (213) 417-8800
Email: orangelawoffices@att.net

Dan Stormer, Esq. [S.B. # 101967]
Morgan E. Ricketts, Esq. [S.B. # 268892]
Bina Ahmad, Esq. [S.B. #329387]
Kate McFarlane, Esq. [S.B. #340706]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
　　　　mricketts@hadsellstormer.com
　　　　bahmad@hadsellstormer.com
　　　　kmcfarlane@hadsellstormer.com

*Attorneys for Plaintiffs M.S. and I.H.*

**DISCOVERY MATTER**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S., a minor, by and through his guardian *ad litem*, Jessica DeVita; and I.H., a minor, by and through her guardian *ad litem*, Candace Hernandez, <br><br> Plaintiffs, <br><br> v. <br><br> OLIVER ANGUS, MICHAEL ANGUS, JAMIE ANGUS, MARAE CRUCE, GREGORY PITTS, ANTONIO SHELTON, SANTA MONICA MALIBU UNIFIED SCHOOL DISTRICT and Does 1 through 10, <br><br> Defendants. | Case No.: 2:23-CV-09957-SRM-MAR [Assigned to the Honorable Serena R. Murillo – Courtroom 5D] <br><br> **DECLARATION OF MORGAN RICKETTS AND EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL INDEPENDENT MEDICAL EXAMINATION OF OLIVER AND JAMIE ANGUS** <br><br> **[REDACTED VERSION OF DOCUMENTS PROPOSED TO BE FILED UNDER SEAL]** <br><br> DATE:　　October 29, 2025 <br> TIME:　　11:00 a.m. <br> CRTRM:　　790 (Roybal) <br><br> **MATTER FOR DETERMINATION BY THE HONORABLE MARGO A. ROCCONI** <br><br> Complaint filed:　November 22, 2023 <br> Trial Date:　　　April 21, 2026 |

RICKETTS DECL & EXS ISO PLTFS' MTC
IMEs OF OLIVER & JAMIE ANGUS

## DECLARATION OF MORGAN RICKETTS

I, MORGAN RICKETTS, declare and state:

1.    I am a partner at Hadsell Stormer Renick & Dai LLP and am one of the attorneys of record for minor Plaintiffs M.S. and I.H. I am licensed to practice law in the state of California and before this Court. The following information is based upon my personal knowledge and/or my review of documents maintained by my office relating to this case.  If called upon to do so, I could and would competently testify to the truth of the matters stated herein. I submit this declaration in support of Plaintiffs' Motion to Compel Independent Medical Examinations of Defendants Oliver and Jamie Angus. Prior to filing this Joint Stipulation, I contacted Family Defendants' counsel on September 18 by email to meet and confer about the proposed Independent Medical Examinations, but as of the time of serving this Joint Stipulation, have not heard back from them on this matter, despite following up on September 21. I have heard from them on several other issues since then.

2.    My investigation in this case shows that in November 2022, Plaintiff I.H., then a minor and a person diagnosed with a learning disability, reported to Defendant Santa Monica-Malibu Unified School District that she had been bitten by a fellow classmate, Defendant Oliver Angus. While the school nurse was examining the visible bite marks, I.H. disclosed that Oliver had also sexually abused her since age 11. The school nurse reported this to the school Principal. However, there was no investigation. Oliver was not questioned or disciplined. I.H.'s parents were not notified. No report was made to DCFS or police.

3.    My investigation has also revealed that on May 12, 2023, Plaintiff M.S., another minor in the same school diagnosed with autism, disclosed to a trusted schoolteacher that his only "friend," Oliver Angus, had been sexually and otherwise abusing him at school and elsewhere.

4.    I have also learned through investigation that prior to either Plaintiffs' disclosures to the School District Defendants, numerous parents had notified Jamie

RICKETTS DECL & EXS ISO PLTFS' MTC
IMEs OF OLIVER & JAMIE ANGUS                    -1-

and/or Michael Angus over the years that Oliver Angus had physically hurt their children, and that they did not want their children around Oliver.

**Oliver Angus' Intellectual Abilities**

5. Further, my investigation shows that Oliver Angus ████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ████████████████████████████████████

6. Despite discovery requests for all such documentation (which are the subject of a pending motion to compel), Defendant Oliver Angus has produced only █ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████

I am attaching the documentation I do have for him as **Exhibit 1** to this Declaration.

7.    At Sana Monica High School, there are four "tracks" as far as academics, three of which are diploma tracks. The first track is general education, delivered by a general education ("GenEd") teacher. The second track is "Collab", which is co-taught by one GenEd and one Special Education ("SpEd") teacher. The third track is SAI, or Specialized Academic Instruction, for high functioning special education students. All of these tracks are diploma-earning tracks. The fourth track is SAI Intensive, for lower functioning special education students.

RICKETTS DECL & EXS ISO PLTFS' MTC
IMEs OF OLIVER & JAMIE ANGUS

-3-



9.     Oliver Angus is a prolific email and social media user, creating numerous documents showing his thought processes at any given time, many of which I have reviewed. He uses appropriate spelling, punctuation, capitalization, and grammar (with typical exceptions seen in most people's texted communications). Further, the substance of his writings is coherent and in some cases demonstrates complex, abstract ideas and thinking. His writings also show that he is able to logically and accurately relate historical events from memory, tell stories, assign cause-and-effect, understand implied meanings, make moral and aesthetic judgments, make arguments, and justify his reasoning. Oliver's writings contrast sharply with those of Plaintiffs, whose writings are very short and reveal frequent confusion when confronted with nuance, sarcasm or bullying; abstract concepts; unanticipated statements; or deviations from what they

RICKETTS DECL & EXS ISO PLTFS' MTC
IMEs OF OLIVER & JAMIE ANGUS                    -4-

understand is "right" or "supposed" to be done. In his communications with them, Defendant Oliver Angus frequently mocked Plaintiffs for not being as smart as he is (to I.H.: "How are you in high school when you barely put punctuation in sentences and barely know the right word?" and "Wow, you little Ms. Doesn't-Know-To-Spell… If you want to be a writer like me, learn how to spell"; to M.S.: "How are you in middle school but you don't know how to spell principal?"). I am attaching a true and correct copy of some of the aforementioned writings and communications as **Exhibit 3** to this Declaration.

10.     Defendant Oliver Angus has made several social media posts and sent emails that show an understanding of what is right and wrong, the ability to consider what others may be thinking and feeling in circumstances he has not personally experienced, and the ability to plan to escape accountability for doing wrong to others. I am attaching a true and correct copy of some samples of that type of content he has written as **Exhibit 4** to this Declaration.

**Oliver Angus' Admissions And Actions Undercut His Claims Of Disabling Condition**

11.     Defendant Oliver Angus previously voluntarily answered questions put to him by a school official and a police detective without incident, without claiming he could not remember something, and without giving demonstrably false answers.

12.     Defendant Oliver Angus has told Plaintiff M.S. explicitly that he has a condition relating to his energy levels, but that he can't die from it. I am attaching a true and correct copy of that email, redacted for Plaintiff's privacy, as **Exhibit 5** to this Declaration.



RICKETTS DECL & EXS ISO PLTFS' MTC
IMEs OF OLIVER & JAMIE ANGUS



RICKETTS DECL & EXS ISO PLTFS' MTC
IMEs OF OLIVER & JAMIE ANGUS

████████████████████████████████████

████████████████████████████████████████

██

████████████████████████████████

████████████████████████████████

████████████████████████████████

17.    The School District Oliver has attended from 5th to 12th grade has been asked in this litigation for all documents relating to Oliver Angus, but their production includes zero documents evidencing a single visit to the school nurse by Oliver.

18.    According to Plaintiff I.H. at deposition, he used to play tag with the other children in their class, and Oliver was "really good at tag" because he could outrun all the other kids.

19.    According to his karate instructor, he recently took and passed a three hour test and obtained his green belt in karate. I am attaching a true and correct copy of a letter I obtained from his karate instructor as **Exhibit 8** to this Declaration.

20.    Defendant Oliver Angus has played in a soccer league. I am attaching to this Declaration as **Exhibit 9** a true and correct copy of a photograph showing Oliver Angus with this group on the far right, wearing a shirt denoting him as a "buddy" rather than a player, meaning he was paired with a special needs child to assist them, one-to-one, in playing soccer in the league. The special needs child that Oliver Angus was paired with, in this league, was Plaintiff M.S.

21.    Publicly posted videos depict Defendant Angus (a) moving a heavy punching bag by himself; (b) swinging nunchucks rapidly; and (c) jumping over mats at a karate studio. I am lodging a true and correct copy of those videos as **Exhibits 10, 11, and 12** concurrently with this Declaration.

██████████████████████████████

████████████████████████████████

████████████████████████████████

RICKETTS DECL & EXS ISO PLTFS' MTC
IMEs OF OLIVER & JAMIE ANGUS

-7-

**Oliver Angus's Refusal To Attend His Deposition; Jamie Angus' Refusal To Attend Her Deposition**

23.    On February 11, 2025, Plaintiffs issued a deposition notice to Oliver Angus, setting his deposition for February 27, 2025. On February 19, 2025, Family Defendants' counsel asserted that Oliver was not available February 27, and provided dates in late March instead. On February 24, 2025, Family Defendants met and conferred with counsel for Plaintiffs and provided a date of March 12 for Oliver's deposition. They also requested accommodations: breaks every *thirty minutes* and a two day break for every one day of testimony. On February 26, 2025, Plaintiffs canceled the February 27 deposition of Oliver Angus and re-noticed it for March 12, 2025.

24.    On March 6, 2025, Plaintiffs' counsel and Family Defendants' counsel met and conferred telephonically on the various accommodations the Family Defendants wished to procure for Oliver Angus in exchange for proceeding with the deposition. The parties could not reach agreement.

25.    On March 12, 2025, Oliver Angus failed to appear for his deposition, and a certificate of non-appearance was taken. A true and correct copy of that Certificate of Non-Appearance is attached to this Declaration as **Exhibit 13**.

26.    Thereafter, the parties met and conferred and Family Defendants offered the date of August 5, 2025 for Oliver's deposition. On June 30, 2025, the District Defendants noticed Oliver's deposition for August 5, 2025. On July 3, 2025, Plaintiffs cross-noticed his deposition, also for August 5, 2025. This date was agreed to by Family Defendants' counsel.

27.    On July 14, 2025, Family Defendants stated that Oliver would be on a pre-planned vacation on August 5, 2025, and would not appear. They said that the earliest he could appear was *twenty-one days later*, on August 26, 27, or 28, but in response to

RICKETTS DECL & EXS ISO PLTFS' MTC
IMEs OF OLIVER & JAMIE ANGUS

-8-

Plaintiffs' question whether he would actually appear on any of those days, refused to commit to any appearance at all. I am attaching a true and correct copy of some of the email thread that we exchanged on this pre-planned vacation as **Exhibit 14** to this Declaration, and a true and correct copy of the email thread in which Oliver Angus refused to commit to appearing even on the proposed continued date for his deposition as **Exhibit 15** to this Declaration.

28.     Ultimately, Plaintiffs renoticed the deposition for August 26, 2025.

29.     On August 22, 2025, Family Defendants wrote to Plaintiffs counsel, noting that Oliver would need to be deposed near a hospital and that a reasonable amount of time was needed to identify the location. Family Defendants requested that Plaintiffs take Oliver's August 26 deposition date off-calendar to permit them time to do so, and represented that they would be providing dates in early September, 2025. I am attaching a true and correct copy of that communication to this Declaration as **Exhibit 16**.

30.     On August 25, 2025, Plaintiffs agreed: "Early September sounds good. Upon your representation as to that timeframe, the August 26 dep of Oliver Angus is off-calendar and will be re-noticed."

31.     On August 27, 2025, Family Defendants notified Plaintiffs' counsel: "With great difficulty, I have managed to find a date that works for Oliver's physicians, co-defendants and his parents." Family Defendants identified September 23 at 11am at the offices of Oliver's doctor.

32.     On August 28, 2025, Family Defendants took the position that Oliver's deposition should not proceed until they had an opportunity to appeal the Magistrate Judge's denial of their motion for protective order.

33.     On September 2, Family Defendants again confirmed that they would not produce Oliver until they obtained a ruling on their Rule 72 motion challenging the denial of the protective order, and took the position that requiring Oliver to participate in two sessions of his deposition would "only increase the risk to his health and life."

34.     I spoke with counsel for Family Defendants about their ex parte on

RICKETTS DECL & EXS ISO PLTFS' MTC
IMEs OF OLIVER & JAMIE ANGUS                    -9-

Monday, September 15, 2025 by phone. I asked whether Defendant Oliver Angus could commit to any date for his deposition after October 8, the date Defendants anticipate obtaining a ruling on their Rule 72 motion, but before October 24, the discovery cut-off. Counsel confirmed that there were no dates in that timeframe on which Oliver would appear. Previously, when we were discussing the possibility of stipulating to a trial continuance, I asked that we reserve a date now in November or even December for Oliver's deposition, given the difficulties in scheduling his doctor's presence alongside counsel for three firms. Counsel for Family Defendants declined to make this effort, stating that it was costly.

35.     Now that Plaintiffs have noticed Jamie Angus to appear for deposition on October 17, 2025, Family Defendants have requested accommodations for Jamie Angus that are similar to those requested for Oliver Angus, also citing her health. These requested accommodations include: shortened sessions with two days break between sessions; breaks "as needed"; the ability to eat and drink as needed; and that the location be close to Santa Monica or remote. Family Defendants are aware that our office is in Pasadena, which is, at most, a one hour drive from Santa Monica, where the Anguses live. Oliver Angus has previously refused to appear for his agreed-upon deposition date of August 5, 2025, because of a "pre-planned family vacation", suggesting that Jamie Angus, his mother, has recently traveled voluntarily. I am attaching a true and correct copy of the email where Family Defendants' counsel made these accommodation requests for Jamie Angus as **Exhibit 17** to this Declaration.

**Relevance of Jamie Angus' Mental Condition**

36.     Jamie Angus' mental condition is at issue because facts that have been discovered so far in this action suggest that her involvement in Oliver Angus' ███████ ████████████████████████ is highly suspect. Family Defendants have insisted that their son, who has participated in acting classes, automotive technology classes, a soccer league, swimming, and karate, not to mention graduated from high school with a diploma in four years with a 3.0+ GPA, is so ████████████████████

RICKETTS DECL & EXS ISO PLTFS' MTC
IMEs OF OLIVER & JAMIE ANGUS                    -10-

that he cannot be required to undergo the stress of answering questions about the alleged sexual assault of Plaintiffs at deposition.

37. This begs the question of why ███████████████ ████████████████████████ when lay witnesses have not been able to observe anything concrete about Oliver that suggests disability. Plaintiff I.H. and her mother have stated they have never known Oliver to have any disability at all. Oliver's disorder was a complete surprise to Plaintiff M.S. when Oliver Angus disclosed it to him over email, stating he had a disorder that "does affect my energy" while reassuring him that he "[can't] die from it." My investigation shows that one of Oliver's teachers has stated there was nothing wrong with him, but there was something wrong with Jamie Angus – that she insisted on various accommodations that Oliver never needed as soon as she left the classroom.



RICKETTS DECL & EXS ISO PLTFS' MTC
IMEs OF OLIVER & JAMIE ANGUS

-12-





RICKETTS DECL & EXS ISO PLTFS' MTC
IMEs OF OLIVER & JAMIE ANGUS



55.    Family Defendants appear to be hiding something regarding Oliver's medical condition, while also using it as a sword and shield. However, because medical consults began before the litigation did, it seems unlikely that mere gamesmanship is at play here. Plaintiffs believe, and will argue, that Jamie Angus may suffer from factitious disorder affecting others, which has caused her to exaggerate or even fabricate symptoms in Oliver Angus for many years. The only way they can obtain the necessary evidence to prove this and undercut the Family Defendants' claims that Oliver is gravely disabled and cognitively unable to testify truthfully is to perform a mental examination of Jamie Angus and rule out, or rule in, the possibility that she may be actively contributing to Oliver's diagnosis, either knowingly or unknowingly.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 22nd of September, 2025, in Pasadena, California.

_Morgan Ricketts_
Morgan Ricketts

RICKETTS DECL & EXS ISO PLTFS' MTC
IMEs OF OLIVER & JAMIE ANGUS

-16-

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 1 | Oliver Angus' February 2023 IEP, DEFT 6053 – DEFT 6092<br><br>**[Filed Separately - Proposed To Be Filed Under Seal]** |
| 2 | Transcript of Oliver Angus, dated June 21, 2024, DEFT 1120<br><br>**[Filed Separately - Proposed To Be Filed Under Seal]** |
| 3 | Various emails between Defendant and Plaintiffs, various dates |
| 4 | Oliver Angus' various social media posts and emails, various dates |
| 5 | Oliver Angus' email to Plaintiff M.S., dated May 4, 2021 |
| 6 | Oliver Angus' SMHS Assertive Discipline, dated November 30, 2022, Deft 0082<br><br>**[Filed Separately - Proposed To Be Filed Under Seal]** |
| 7 | Dr. Richard G. Boles' Outpatient Telemedicine Encounter of Oliver Angus, dated June 5, 2025, FAM DEF 001627 – FAM DEF 001643<br><br>**[Filed Separately - Proposed To Be Filed Under Seal]** |
| 8 | Letter from Beyond Karate, Mallica Skyler Cooper Sensei, dated September 28, 2023 |
| 9 | Photo of soccer program with identities redacted, Planitff's-002426 |
| 10 | Publicly posted video of Defendant Oliver Angus moving a heavy punching bag by himself,<br><br>**[To Be Manually Filed]** |
| 11 | Publicly posted video of Defendant Oliver Angus swinging nunchucks rapidly,<br><br>**[To Be Manually Filed]** |
| 12 | Publicly posted video of Defendant Oliver Angus jumping over mats at a karate studio,<br><br>**[To Be Manually Filed]** |
| 13 | Certificate of Non-Appearance for Oliver Angus at his deposition, dated March 12, 2025 |
| 14 | Emails between Plaintiffs' and Defendants' counsel re: preplanned vacation, dated July 14, 2025 |

RICKETTS DECL & EXS ISO PLTFS' MTC
IMEs OF OLIVER & JAMIE ANGUS

-i-

| Exhibit | Description |
|---------|-------------|
| 15 | Emails between Plaintiffs' and Defendants' counsel re: Oliver Angus might not appear at deposition, dated July 14 - 18, 2025 |
| 16 | Emails between Plaintiffs' and Defendants' counsel re: Oliver Angus September 23, 2025 deposition date, dated August 21 – September 2 , 2025 |
| 17 | Emails between Plaintiffs' and Defendant counsel re: Michael Angus and Jamie Angus deposition dates and accommodations, dated September 12 - 18, 2025 |
| 18 | Emails between Jamie and Mike Angus and Madison Braverman and SMMUSD re: Oliver's cognition and IQ, dated June 2, 2023, DEFT 6132<br><br>**[Filed Separately - Proposed To Be Filed Under Seal]** |
| 19 | Emails between SMMUSD and Jamie and Michael Angus re: Oliver Angus' health, dated September 1, 2022 - June 2, 2023, DEFT 6120 – DEFT 6124<br><br>**[Filed Separately - Proposed To Be Filed Under Seal]** |
| 20 | Email from Jamie Angus to Madison Braverman and SMMUSD re: Counseling dates and times, dated May 26, 2023, DEFT 6133<br><br>**[Filed Separately - Proposed To Be Filed Under Seal]** |
| 21 | Oliver Angus' 2019 California Alternate Assessments (DEFT 1144-1149<br><br>**[Filed Separately - Proposed To Be Filed Under Seal]** |

RICKETTS DECL & EXS ISO PLTFS' MTC
IMEs OF OLIVER & JAMIE ANGUS

-ii-

[Filed Separately - Proposed To Be Filed Under Seal]

Ex. 1

# [Filed Separately - Proposed To Be Filed Under Seal]

Ex. 2

Ex. 3

Deft0311

| | |
|---|---|
| **From:** | OLIVER ANGUS on behalf of OLIVER ANGUS <osa@smmk12.org> |
| **To:** | REDACTED |
| **Subject:** | Re: |
| **Date:** | Monday, May 3, 2021 10:20:02 AM |

That's not the question. You thought I said, "How are you doing in high school?" but I really said, "How are you in high school when you barely put punctuation in sentences and barely put the right word?

On Mon, May 3, 2021 at 10:14 AM    REDACTED    @smmk12.org> wrote:
> Pretty good.

Deft0818

That&#39;s for Zoom

REDACTED    , 2020-09-09 15:11:26

Even are hangouts

**OLIVER ANGUS**, 2020-09-09 15:11:39

Really?

REDACTED    , 2020-09-09 15:13:17

Wow

**OLIVER ANGUS**, 2020-09-09 15:14:07

Wow, you, little Ms. Doesn&#39;t-Know-To-Spell

REDACTED    , 2020-09-09 15:15:03

I am not good at texting people

**OLIVER ANGUS**, 2020-09-09 15:15:11

Nope

**OLIVER ANGUS**, 2020-09-09 15:15:21

And I should know

REDACTED    , 2020-09-09 15:15:58

What

**OLIVER ANGUS**, 2020-09-09 15:16:32

How you are not good at spelling

REDACTED    , 2020-09-09 15:16:56

I have know idea

**OLIVER ANGUS**, 2020-09-09 15:17:11

Told ya

**OLIVER ANGUS**, 2020-09-09 15:17:44

**OLIVER ANGUS**, 2020-09-09 15:18:20

**OLIVER ANGUS**, 2020-09-09 15:19:49

If you want to be a writer like me, learn how to spell

REDACTED    , 2020-09-09 15:19:59

Fine

**OLIVER ANGUS**, 2020-09-09 15:38:22

Fine!

REDACTED    , 2020-09-09 15:38:38

**OLIVER ANGUS**, 2020-09-09 15:39:05

Bruh

    REDACTED    @smmk12.org>

---

## Re: I need Emma's body smashed into mine!!!

---

**OLIVER ANGUS** <osa@smmk12.org>                              Wed, Jun 2, 2021 at 12:01 PM
To:      REDACTED        @smmk12.org>

How are you in middle school but you don't know how to spell principal?

[Quoted text hidden]

https://www.reddit.com/r/Mustang/comments/wp4rrs/comment/ikh0qs4/
8/15/2022, 8:05:58 PM Pacific



Ex. 14



## Re: I need Emma's body smashed into mine!!!

**OLIVER ANGUS** <osa@smmk12.org>                                    Wed, Jun 2, 2021 at 2:28 PM
To: M█████S█████████@smmk12.org>

My dad wants a 2020-2021 Porsche 911 Turbo S and I can't get him to change his mind about it. I want him to get a 1970 Dodge Charger R/T so when I practice driving, it will be in a manual car and not a automatic. The Charger costs less than the Turbo. The Dodge costs $30,000 and the Porsche costs $203,500. The Charger costs $30,000. Look at how much cheaper the Dodge is than the Porsche!!! There is a 170,500 dollar gap between the prices of each car

https://www.reddit.com/r/regularcarreviews/comments/18tjpgw/what_do_you_think_is_the_worst_car_that_was_made/kffovng/

9:15:36 AM Pacfic
Friday, December 29, 2023 at 5:15:36 PM UTC



https://www.reddit.com/r/SpidermanPS4/comments/18defvo/comment/kciluoo/
12/8/2023, 8:22:10 AM Pacific



← → C    🛡 🔒    www.reddit.com/r/SpidermanPS4/comments/18defvo/comment/kciluoo/

≡  reddit    🔍  🔴 r/SpidermanPS4 ✕    Search in r/SpidermanPS4

⬆ 5.1K ⬇    💬 1.2K    🎖    ↗ Share

Single comment thread ——————————— See full discussion

**OzoneMusicOpinions** · 2y ago  Friday, December 8, 2023 at 4:22:10 PM UTC

The graphics were OG, the suits (for both Peter and Miles) were bomb, the origin stories were fire, the reasons to become heroes were fantasmazing (I made that word up) and come on, the relationships between the characters *chef's kiss*

⬆ 1 ⬇    💬 Reply    🎖 Award    ↗ Share    ···

https://www.reddit.com/r/brooklynninenine/comments/186igys/comment/kbbhvok/
11/28/2023, 9:59:20 PM PST



Ex. 13

12/10/2023, 11:04:39 AM Pacific

https://www.reddit.com/r/fastandfurious/comments/18fansu/forza_horizon_5_x_fast_x/



Deft0940

| | |
|---|---|
| **From:** | <u>OLIVER ANGUS</u> on behalf of <u>OLIVER ANGUS</u> <u><osa@smmk12.org></u> |
| **To:** | I█████H███████ |
| **Date:** | Monday, August 10, 2020 11:54:15 AM |

---

**OLIVER ANGUS,** 2020-08-10 11:54:15

Sometimes, you can be a jerk

**H**████████, 2020-08-10 13:08:38

WHAT

**OLIVER ANGUS,** 2020-08-10 14:16:52

Yeah. Allow me to explain

**OLIVER ANGUS,** 2020-08-10 14:20:21

Yesterday, 3:12 PM, you would not stop disabling your sound and video. Than, we break up because you talk about Brian 24/7 when I am trying to talk to you and you never forget him and you ALWAYS think he is going to take you back in a heart beat but, he leaves you high and dry. BAM!



## Last night I had a dream!

**OLIVER ANGUS** <osa@smmk12.org>                                    Mon, Jan 3, 2022 at 1:24 PM
To: ███████████████████████ M,████████████████@smmk12.org>, ███████████
████████████@smmk12.org>

I had a dream where I was driving my 1978 Pontiac Firebird Trans Am and I came to a stop light. And next to me in the lane to the right to me was S█████ in her 1980 white Rolls-Royce Silver Spirit. I signaled her to follow me back to my house so I can her show her my house and show her what I was doing do for a living since high school. We raced back to my house where you and Wednesday were watching Rocky Horror Picture Show. Then, we walked to the garage where my 1970 Dodge Charger R/T and my 1971 Ford Mustang Mach 1 are parked. I said, "OK, S█████ I'm going to work on my '71 Mustang's engine. Can you wait in the living room for a few hours?" Then she says, "Sure. Not a problem." Then he proceeds to work on the Mustang for a hour. In that hour, he adds a supercharger, a procharger and a big block blowcharger and makes the engine  10X larger. After that hour, he gets his 1999 Nissan Skyline GTR R34 and engine swaps it from a inline 4 to a DOHC 16.4 Litre quad-turbocharged W16 engine with prochargers and superchargers. After the engine swap, he takes out the chassis and swaps it with one made out of tungsten and osmium. (The world's two strongest metals) and replaces the exhaust with a custom-made carbon fiber exhaust with flares. After working on it for 5 hours, he wipes the sweat off his masculine body and asks S█████ 'Do you want to go for a drive?" They then proceed to get in the car and blast out of the garage. When they get back to his house, they are both trembling so they go to take a nap. And when S█████ wakes up, Oliver is on her side of the bed, on one knee and says, "S█████ we've known each other for the right amount of time so I ask you, S█████ ████████ will you do me the honor of being my wife?" S█████ breaks down, crying and says tearfully, "Oliver Angus, I will marry you." He places this custom made ring that's he made by himself with tungsten and carbon fiber. He even has "OA+S█ on the wedding band of the ring. The end

Ex. 4

12/22/2023, 9:16:46 AM Pacific



**r/fastandfurious** · 2 yr. ago   Friday, December 22, 2023 at 4:50:50 AM PST
[deleted]

## People are hoping Vin Diesel dies, after his accusation. Wtf?



https://www.reddit.com/r/fastandfurious/comments/18oe7q0/comment/keh95z2



https://www.reddit.com/r/fastandfurious/comments/18oe7q0/comment/kehj8gr

https://www.reddit.com/r/fastandfurious/comments/18oe7q0/comment/kehk284



Page 1
Pin up Harley TikTok : r/TayamillerOF_
https://www.reddit.com/r/TayamillerOF_/comments/171aavd/comment/kb78bwg/?context=3



### reddit

🔍    r/TayamillerOF_ ✕    Search in r/TayamillerOF_                    Get App    Log In    ⋯

**r/TayamillerOF_** • Oct 6, 2023, 04:52:46 AM
LongjumpingPassage1

## Pin up Harley TikTok

0:28 / 0:39

⬆ 403 ⬇    💬 5    ↗ Share

Single comment thread — — — — — — — — — — — See full discussion

**OzoneMusicOpinions** • Nov 28, 2023, 05:22:14 PM

I'd legit kidnap her boyfriend and starve him in a random basement in order to get a shot with her

⬆ 1 ⬇    💬 Reply    ↗ Share    ⋯

**New to Reddit?**
Create your account and connect with a world of communities.

G    Continue with Google

✉    Continue with Email

📱    Continue With Phone Number

By continuing, you agree to our User Agreement and acknowledge that you understand the Privacy Policy.

r/... • Apr 28, 2025, 06:57:38 AM
**Lil Tay dump to make your Monday better**
391 upvotes · 10 comments

r/... • Apr 27, 2025, 08:35:50 PM
**Backlit portrait**
200 upvotes · 2 comments

r/T... • Apr 27, 2025, 10:01:29 PM
**Look at the size of them wow 😏 😳😳😳**
150 upvotes · 5 comments

**r/TayamillerOF_**    Join

TayamillerOF_
You can post non OF pictures of taya. You can basically post anything it just has to be about taya. And don't post deep fake por...

**Show more**

🌐 Public

**21K**    **4**    **Top 5%**
Members    ● Online    Rank by size ↗

Reddit Rules    Privacy Policy    User Agreement
Reddit, Inc. © 2025. All rights reserved.

Captured by FireShot Pro: 28 April 2025, 21:08:04
https://getfireshot.com

Page 1
Was victoria wrong for this? : r/HIMYM
https://www.reddit.com/r/HIMYM/comments/18j27tt/comment/kdp05u0/?context=3



Captured by FireShot Pro: 29 April 2025, 15:10:54
https://getfireshot.com

Page 1
Robin's Mom stories about her Dad didn't make any sense. Somehow he had the same job as Barney, a womanizer and also has a gay black brother? Did she get the stories mixed up because she got tasered? : r/HIMYM
https://www.reddit.com/r/HIMYM/comments/18o5bwj/comment/kehcrc9/?context=3





Page 1
Very first riff-off : r/PitchPerfect
https://www.reddit.com/r/PitchPerfect/comments/186ibdg/comment/kbdakjk/

**Very first riff-off**

So, this has been on my mind for a while. When the Barden Bella's Becca sings in the riff off, she says, "It's going down (etc.)" and they get disqualified but before Becca performs, the Treblemakers sing Feels Like The First Time and the first line is "I guess IT'S just the woman in you… that brings out the man in me." But that goes over their heads. Like, bruh, the Treblemakers did it first. They should have been 👏🏻👏🏻 cutoff and the Bellas should have won

**OzoneMusicOpinions** OP · 1y ago · Wednesday, November 29, 2023 at 9:33:31 PM PST

I have literally watched that series with my mom so many times and the Bella's get cutoff for saying it's

**ReferenceGood9455** · 1y ago · Friday, December 1, 2023 at 4:57:35 PM PST

I think you're misunderstanding why the Bella's got cut off for saying "it's". The word "it's" itself isn't "illegal" in the game, the fact that the verse Beca was trying to riff off of used "it" but her song said "it's" so use of "it's" anywhere else is allowed or if she'd riffed off of a verse that used "it's" they would have been fine. (Although I think that rule is BS cuz "it's" is a conjugation of "it is" so grammatically she was technically correct, but that's another debate)

**AncalagonTheJetBlack** · 1y ago · Wednesday, November 29, 2023 at 9:45:49 PM PST

It feels like the first time

Feels like the very first time

It (Feels like the first time)

^

It's going down, fade to Blackstreet

The homies got a.....

- it <> it's
- Different sounding "connecting" words
- it's a simple rule

**OzoneMusicOpinions** OP · 1y ago · Wednesday, November 29, 2023 at 9:55:16 PM PST

No, the very beginning of the song. "I guess it's just the woman in you. That brings out the man in me."

**AncalagonTheJetBlack** · 1y ago · Wednesday, November 29, 2023 at 10:01:20 PM PST

Yes that's a part of the song but that part is irrelevant because Bellas didn't "connect" (I don't know what's the word in that game) the song until the chorus I mentioned. That part uses the word "it" but the Bellas sang "it's".

Again It's a very simple rule

**WarokOfDraenor** · 1y ago · Saturday, December 9, 2023 at 3:47:45 PM PST

Re-watch the movie with subtitles, then.

---

**New to Reddit?**

Create your account and connect with a world of communities.

Continue with Google

Continue with Email

Continue With Phone Number

By continuing, you agree to our User Agreement and acknowledge that you understand the Privacy Policy.

· 7 yr. ago · Tuesday, May 22, 2018 at 5:44:39 PM PDT

Error in Riff Off Competition in First Movie.

5 upvotes · 7 comments

· 12 yr. ago · Wednesday, February 13, 2013 at 1:53:00 AM

Riff Off Question (Spoiler)

22 upvotes · 17 comments

· 3 yr. ago · Wednesday, September 7, 2022 at 11:09:06 AM

⚠ SPOILER
Pitch Perfect 2 Riff- Off

22 upvotes · 13 comments

· 7 yr. ago · Friday, December 8, 2017 at 2:01:21 PM PST

Question: is there such thing as a Riff-Off?

8 upvotes · 18 comments

· 11 yr. ago · Thursday, February 6, 2014 at 5:05:50 AM PST

Quick question about the Riff-Off.

6 upvotes · 7 comments

· 28 days ago · Wednesday, April 2, 2025

What are your thoughts on this riff?

70 upvotes · 25 comments

· 9 yr. ago · Friday, September 23, 2016 at 10:16:24 PM PD

We had a riff-off, it was awesome; what would you guys think about a real-life riff-…

2 upvotes · 2 comments

· 6 mo. ago · Thursday, November 14, 2024 at 7:05:43 PM

What's your favorite riff?

36 upvotes · 46 comments

· 5 yr. ago · Friday, July 17, 2020 at 4:17:21 PM PDT

Riff offs - are there any full song versions of the songs?

13 upvotes · 4 comments

· 1 mo. ago · Monday, March 31, 2025 at 2

Did these riffs (particularly the first one) ever see the light of…

30 upvotes · 8 comments

· 2 yr. ago · Thursday, August 31, 2023 at 9:02:23 AM PDT

Plothole in Riff-Off 1?

Captured by FireShot Pro: 30 April 2025, 14:42:19
https://getfireshot.com

                                         @smmk12.org>

## Acting
9 messages

**OLIVER ANGUS** <osa@smmk12.org>                                    Tue, May 10, 2022 at 2:39 PM
To: M████S████████@smmk12.org>

Why the hell did you change groups without telling me and where you play a guy who gets beat up
instead of a guy who reveals Peter Parker's secret identity?! It doesn't make any sense and you literally
get to be in a scene with SYDNEY?! You would love to be in a scene with Sydney. I can't wait to see what
you come up with to explain that. Good luck explaining, traitor

Ex. 5



**Emma Watson (2001) vs. Taya & Allie**

**OLIVER ANGUS** <osa@smmk12.org>                                                                                      Tue, May 4, 2021 at 9:23 AM
To:    REDACTED      @smmk12.org>

I can't die from my condition and REDACTI had seizures.

On Tue, May 4, 2021 at 9:21 AM    REDACTED      @smmk12.org> wrote:
Ok, I'm scared for you! :( I can't lose you like I lost REDACTI!

On Tue, May 4, 2021 at 9:19 AM OLIVER ANGUS <osa@smmk12.org> wrote:
Like I said, I'll get more into the details when we Zoom after school

On Tue, May 4, 2021 at 9:17 AM OLIVER ANGUS <osa@smmk12.org> wrote:
No. I don't have seizures but it does affect my energy

On Tue, May 4, 2021 at 9:16 AM    REDACTED      @smmk12.org> wrote:
You can't die from it like you do rarely from seizures right?

On Tue, May 4, 2021 at 9:14 AM OLIVER ANGUS <osa@smmk12.org> wrote:
It's a rare BLOOD disease. I'll get more into the details when we Zoom or go on the server

On Tue, May 4, 2021 at 9:13 AM    REDACTED      @smmk12.org> wrote:
WHAT?! How is that a disorder?!

On Tue, May 4, 2021 at 9:12 AM OLIVER ANGUS <osa@smmk12.org> wrote:
Energy

On Tue, May 4, 2021 at 9:12 AM    REDACTED      @smmk12.org> wrote:
what KINDA disorder?

On Tue, May 4, 2021 at 9:11 AM    REDACTED      @smmk12.org> wrote:
really... what?

On Tue, May 4, 2021 at 9:10 AM OLIVER ANGUS <osa@smmk12.org> wrote:
Yeah... Did you know I have a rare disease/disorder?



# [Filed Separately - Proposed To Be Filed Under Seal]

Ex. 6

# [Filed Separately - Proposed To Be Filed Under Seal]

Ex. 7

Ex. 8



320 Wilshire Blvd., Suite 100 Santa Mónica, CA, 90401 USA
*Business Tel: 310.896.8461 • Fax: 310.881.9093*
*Information Email: info@beyondkarate.org • Website: www.beyondkarate.org*

**September 28, 2023**

To Whom It May Concern:

I am the owner and operator of Beyond Karate, a youth martial arts camp in Santa Monica, California. I first met Oliver Angus in June 2022, when he initially enrolled in and began to attend my summer camp. I immediately noticed Oliver's gentle nature and his kindness toward other campers. Several of his peers from high school also attended and everyone was happy to see him, which gave me the impression that his behavior around me matched his behavior around his peer group. Over time, I also observed that Oliver demonstrated clear leadership qualities, which include being authentically kindhearted, respectful, responsible, teachable, communicative, and having the ability to encourage and empower others.

During that initial summer, I consistently relied on Oliver to help other campers who were experiencing challenges in the program. I trusted him because I truly witnessed how consistently kind and helpful he was with his peers. When summer camp ended, Oliver joined our karate group classes. Within two months, he was at the front of the class, demonstrating and modeling behavior for other students to follow. Oliver consistently continued to exhibit the leadership skills and qualities that I had first recognized over the summer. By December 2022, he earned his yellow belt.

In Spring, 2023, Oliver joined our spring camp and remained committed to his martial arts training. Once again, he demonstrated the same leadership skills I had previously noticed, and he thrived. Gradually, he took on more and more tasks and responsibilities and became a part of our Leadership Training Program. In order to be in this program, Oliver has had to demonstrate a commitment to his training and volunteer with assisting other classmates. He must also model good behaviors and help maintain the studio. In addition to those obligations, after much hard work and a three-hour test, Oliver earned his green belt in June 2023. Oliver became a paid member of our leadership team this summer and has become an indispensable part of our Beyond Karate community and an inspiration to his peers.

Oliver has proven to be trustworthy and hardworking, and such a joy to be around. I think the world of him and am so grateful to have him in our programs.

Separately, I have been asked to speak about my interactions with Jessica Devita, whom I do not know personally but understand to be the mother of the other minor involved in this matter. Ms. Devita reached out to me by phone, text, and e-mail in May 2023. In my opinion, she did this with a clear intention to interfere with Oliver's ability to participate in programs at Beyond Karate. She shared information with me, including a copy of the Temporary Restraining Order she had filed with the court, that seemed inappropriate and absolutely did not match the Oliver I had come to know over the past year and many months. I informed her of this and have not spoken to her since. I will say that despite what she reported, I moved forward with including Oliver as part of our leadership team this past summer. That's how confident I am that Oliver would never engage in behaviors that would place others at risk or harm them.

Please do not hesitate to contact me if I can be of any further assistance.

Sincerely,

*Mallica Skyler Cooper*

--
Mallica Skyler Cooper Sensei
3rd Degree Black Belt
Owner
Karate Instructor
BEYOND KARATE
Mobile: ██████████

Ex. 9



Plaintiff's-002426

[Video - To Be Manually Filed]

Ex. 10

[Video - To Be Manually Filed]

Ex. 11

[Video - To Be Manually Filed]

Ex. 12

Ex. 13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

M.S., a minor, by and through     )
his guardian ad litem,            )
JESSICA DE VITA; and I.H., a      )
minor, by and through her         )
guardian ad litem, CANDACE        )
HERNANDEZ,                        )
                                  )
          Plaintiffs,             )
                                  )
     vs.                          ) CASE NO.:
                                  ) CV23-09957-MWF-MAR
OLIVER ANGUS, MICHAEL ANGUS,      )
JAMIE ANGUS, MARAE CRUCE,         )
GREGORY PITTS, ANTONIO SHELTON,   )
SANTA MONICA MALIBU UNIFIED       )
SCHOOL DISTRICT and DOES          )
1 through 10.                     )
                                  )
          Defendants.             )
_____  )

CERTIFICATE OF NONAPPEARANCE

OLIVER ANGUS

Wednesday, March 12, 2025

Reported by: Julia Y. Ghekiere
             CSR No. 12006
Job No.:      316015

1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

M.S., a minor, by and through    )
his guardian ad litem,           )
JESSICA DE VITA; and I.H., a     )
minor, by and through her        )
guardian ad litem, CANDACE       )
HERNANDEZ,                        )
                                 )
          Plaintiffs,            )
                                 )
      vs.                        ) CASE NO.:
                                 )CV23-09957-MWF-MAR
OLIVER ANGUS, MICHAEL ANGUS,     )
JAMIE ANGUS, MARAE CRUCE,        )
GREGORY PITTS, ANTONIO SHELTON,  )
SANTA MONICA MALIBU UNIFIED      )
SCHOOL DISTRICT and DOES         )
1 through 10.                    )
                                 )
          Defendants.            )
_____ )

            CERTIFICATE OF NONAPPEARANCE OF
            OLIVER ANGUS, taken on behalf of
            plaintiffs, via videoconferencing
            beginning at 1:00 p.m., and ending
            at 1:17 p.m., on Wednesday, March
            12, 2025, before Julia Y. Ghekiere,
            Certified Shorthand Reporter No.
            12006.

2

APPEARANCE OF COUNSEL (Via Zoom):

FOR PLAINTIFFS:

     ORANGE LAW OFFICES, P.C.
     By:  OLUFELA K. ORANGE, ESQ.
     3435 Wilshire Boulevard
     No. 2910
     Los Angeles, California 90010
     (213) 736-9900
     orangelawoffices@att.net

     HADSELL STORMER RENICK & DAI LLP
     128 North Fair Oaks Avenue
     Suite 204
     Pasadena, California  91103
     (626) 585-9600

3

WEDNESDAY, MARCH 12, 2025; 1:00 P.M.

***

I, Julia Y. Ghekiere, CSR No., 12006, a California Shorthand Reporter for the State of California, do hereby declare as follows:

That, pursuant to the request of Hadsell Stormer Renick & Dai, LLP, I did appear at the hour of 1:00 p.m., on Wednesday, March 12, 2025, via Zoom, for the purpose of placing under oath and reporting the remote deposition of Oliver Angus.

That Olufela K. Orange Esq., and the reporter remained on Zoom until approximately 1:16 p.m., at which time the aforementioned witness had not appeared for the purpose of having his deposition taken, the following proceedings were had:

"MR. ORANGE:  Okay.  So I am Olu Orange, attorney for the plaintiffs in the case M.S. vs. Oliver Angus, et al., CV-23-09957, Central District California case, and we are here for the deposition of Oliver Angus.

The deposition notice, which I will attach as Exhibit A to the transcript, is plaintiff's amended deposition notice of Oliver Angus.

It is set for March 12th, 2025, today, at 1:00 p.m., and the time right now is 1:17 and Mr. Angus is not here to be deposed.  We are at the Law Offices of Hadsell

4

Stormer at 128 North Fair Oaks Avenue, Suite 204, in Pasadena, California.

This deposition notice was served on February 26th, 2025, by way of email, as well as U.S. mail, postage prepaid, and it was served on defense counsel, Rosa Hirji, Hirji is H-i-r-j-i, as well as defense counsel, Jennifer Stone.

So in the absence of Mr. Angus, we are unable to proceed with the deposition and have to take a certificate of nonappearance of the deponent."

(Exhibit A was marked and attached.)

(Ended 1:17 p.m.)

Oliver Angus                                                                    March 12, 2025

REPORTER'S CERTIFICATION


        I declare under penalty of perjury that the

foregoing is true and correct.


        Dated the 12th day of March 2025 at Altadena,

California.

_____

Julia Y. Ghekiere, CSR No. 12006

6

Olu K. Orange, Esq. (SBN 213653)
ORANGE LAW OFFICES, P.C.
3435 Wilshire Blvd., No. 2910
Los Angeles, CA 90010
T: (213) 736-9900/F: (213) 417-8800
orangelawoffices@att.net

Dan Stormer, Esq. [S.B. # 101967]
Morgan E. Ricketts, Esq. [S.B. # 268892]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
        mricketss@hadsellstormer.com

*Attorneys for Plaintiffs, M.S. and I.H.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S., a minor, by and through his guardian *ad litem,* Jessica DeVita; and I.H., a minor, by and through her guardian *ad litem*, Candace Hernandez, <br><br> *Plaintiffs*, <br><br> vs. <br><br> Oliver Angus, Michael Angus, Jamie Angus, Marae Cruce, Gregory Pitts, Antonio Shelton, Santa Monica Malibu Unified School District and Does 1 through 10. <br><br> *Defendants*. | Case No. CV23-09957-MWF-MAR <br><br> Hon. Michael W. Fitzgerald, Crtm. 5A <br> **Hon. Mag. Margo A. Rocconi, Crtm. 790** <br><br> **PLAINTIFFS' AMENDED NOTICE OF THE DEPOSITION OF DEFENDANT OLIVER ANGUS** <br><br> **(Fed. R. Civ. P. Rule 30)** <br><br> DATE:      March 12th, 2025 <br> TIME:      1:00 p.m. <br> PLACE:    Hadsell \| Stormer <br> 128 N Fair Oaks Ave, Suite 204, Pasadena, CA 91103 |

3/12/2025

**O. Angus**

## Exhibit A

NOTICE DEPO O. ANGUS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Defendant OLIVER ANGUS. Said deposition shall take place on March 12th, 2025, commencing at 1:00 p.m. at Hadsell Stormer Renick & Dai LLP, located at 128 N Fair Oaks Ave, Suite 204, Pasadena, CA 91103. If the deposition is not completed on March 12th, 2025, it will be continued day to day thereafter, until completed, or at a date within a reasonable period of time.

**PLEASE TAKE FURTHER NOTICE** that said deposition will be taken upon oral examination by stenographic means before a notary public, or some other officer authorized by law to administer oaths. The deposition will also be recorded via audio and video means.

DATED: February 26, 2025

ORANGE LAW OFFICES
HADSELL STORMER RENICK & DAI, LLP

/s/ - *Olu K. Orange*

Olu K. Orange, Esq
Attorney for Plaintiffs

NOTICE DEPO O. ANGUS                    -1-

**STATE OF CALIFORNIA**      }      **ss.**
**COUNTY OF LOS ANGELES**      }

I reside in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action.

On February 26, 2025, I served the following document(s): **PLAINTIFFS' AMENDED NOTICE OF THE DEPOSITION OF DEFENDANT OLIVER ANGUS** upon the interested parties in this action addressed as follows:

| | |
|---|---|
| Jennifer Stone<br>jstone@BordinSemmer.com<br>Bordin Semmer LLP<br>6100 Center Dr Ste 1100<br>Los Angeles, CA 90045 | Rosa Hirji<br>rosa@rkhlawoffice.com<br>Hirji & Chau<br>5173 Overland Ave.<br>Culver City, CA 90230 |

☐   **(Via Hand Delivery)** I caused hand-delivered service of the above-mentioned materials upon the above-mentioned recipient(s) as addressed by leaving the materials with the person indicated, or with a person, of the age of majority, apparently responsible for the premises.

☒   **(Via U.S. Mail [Federal or State])** I am readily familiar with the practice for the collection and processing of correspondence for mailing with the UNITED STATES POSTAL SERVICE; such envelope will be deposited with the UNITED STATES POSTAL SERVICE on the above date according to ordinary business practices.

☒   **(Via Email)** By transmitting from my email address a true copy thereof from my sending computer addressed to each individual at its email address set forth above as indicated on the transmission record thereon.

☐   **(Via Facsimile)** By transmitting from my business address a true copy thereof from my sending facsimile machine addressed to each individual firm at its receiving facsimile number set forth above at the time indicated on the transmission line thereon.

**Executed on February 26, 2025, at Los Angeles, California.**

☒   **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

/s/ - *Olu K. Orange*

_____
Signature

NOTICE DEPO O. ANGUS      -2-

Ex. 14

| | |
|---|---|
| **Subject:** | Re: Defendant OA's Availability for Deposition [M.S., et al. v. Angus, et al. | 2:23-cv-09957-SRM-MAR] (3600.118) |
| **Date:** | Monday, July 14, 2025 at 11:37:38 AM Pacific Daylight Time |
| **From:** | Travis Wester |
| **To:** | [ ORANGE LAW ] |
| **CC:** | Jennifer Stone, Juan Aviles, Tami Galindo, Dan Stormer, Morgan Ricketts, Erin Woodard, Bryan Swaim, Joshua Bordin-Wosk, Rosa Hirji, Alexander Rodriguez, Jenny Chau |
| **Attachments:** | image001.png |

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Greetings counsel,

Neither Defendant nor counsel are available on August 12th or 15th.

Again, the dates in August being proposed are: August 26th; 27th; or 28th.

Thank you,


Travis Wester
Paralegal


Hirji, Chau & Rodriguez, LLP
5173 Overland Avenue
Culver City, CA 90230
Phone: (310) 391-0330
Phone: (310) 391-0332
Fax: (310) 943-0311
Email: travis@rkhlawoffice.com
Website: lawyer4children.com
Like us on Facebook!


STATEMENT OF CONFIDENTIALITY: This e-mail message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy, or disclose this message (or any information contained in it) to anyone. If you have received this message in error, please advise the sender by reply e-mail and delete this message.


On Mon, Jul 14, 2025 at 11:13 AM [ ORANGE LAW ] <orangelawoffices@att.net> wrote:

> Perfect. Those dates work for Plaintiffs.

OKO

On 7/14/2025 11:11 AM, Jennifer Stone wrote:

Does **August 12 or 15** work? Thanks.

JENNIFER STONE

*Attorney*

Howard Hughes Center
6100 Center Drive, Suite 1100
Los Angeles, California 90045
jstone@bordinsemmer.com
TEL 323.457.2110
FAX 323.457.2120
Los Angeles | San Diego | Bay Area

**BORDIN | SEMMER**
TRIAL COUNSEL

**STRICTLY CONFIDENTIAL/SUBJECT TO ATTORNEY-CLIENT PRIVILEGE/ATTORNEY WORK PRODUCT**

Confidentiality Note: This e-mail (and any attachments hereto) is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information contained herein by anyone other than the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, is prohibited. If you have received this e-mail in error, please notify us immediately (telephone (323) 457-2110 (U.S.A.) or e-mail jstone@bordinsemmer.com and destroy the original message and all copies. Thank you.

---

**From:** Travis Wester <travis@rkhlawoffice.com>
**Sent:** Monday, July 14, 2025 10:59 AM
**To:** Olu Orange <orangelawoffices@att.net>; Juan Aviles <javiles@hadsellstormer.com>; Tami Galindo <tgalindo@hadsellstormer.com>; Dan Stormer <dstormer@hadsellstormer.com>; Morgan Ricketts <mricketts@hadsellstormer.com>
**Cc:** Erin Woodard <EWoodard@bordinsemmer.com>; Bryan Swaim

<BSwaim@BordinSemmer.com>; Joshua Bordin-Wosk <JBordinWosk@BordinSemmer.com>; Jennifer Stone <JStone@BordinSemmer.com>; Rosa Hirji <rosa@rkhlawoffice.com>; Alexander Rodriguez <alex@rkhlawoffice.com>; Jenny Chau <jenny@rkhlawoffice.com>
**Subject:** Defendant OA's Availability for Deposition [M.S., et al. v. Angus, et al. l 2:23-cv-09957-SRM-MAR]

Greetings counsel,

Regarding the noticed deposition of Defendant Oliver Angus in the above entitled matter for August 5, 2025, our office has been advised Mr. Angus will be unavailable due to a preplanned summer vacation.

The first available dates in August that Defendant and counsel have available are:

- **August 26, 2025**
- **August 27, 2025**
- **August 28, 2025**

Please advise which of these dates Plaintiffs wish to calendar.

Thank you,

Travis Wester

Paralegal

Hirji, Chau & Rodriguez, LLP

5173 Overland Avenue

Culver City, CA 90230

Phone: (310) 391-0330

Phone: (310) 391-0332

Fax: (310) 943-0311

Email: travis@rkhlawoffice.com

Website: lawyer4children.com

Like us on Facebook!


STATEMENT OF CONFIDENTIALITY: This e-mail message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy, or disclose this message (or any information contained in it) to anyone. If you have received this message in error, please advise the sender by reply e-mail and delete this message.

---

This email has been scanned for spam & viruses. If you believe this email should have been stopped by our filters, click here to report it.

Ex. 15

| **Subject:** | Re: Defendant OA's Availability for Deposition [M.S., et al. v. Angus, et al. | 2:23-cv-09957-SRM-MAR] (3600.118) |
|---|---|
| **Date:** | Friday, July 18, 2025 at 12:56:14 PM Pacific Daylight Time |
| **From:** | Alexander Rodriguez |
| **To:** | Olu Orange |
| **CC:** | Erin Woodard, Jennifer Stone, Travis Wester, Juan Aviles, Tami Galindo, Dan Stormer, Morgan Ricketts, Bryan Swaim, Joshua Bordin-Wosk, Rosa Hirji, Jenny Chau |
| **Attachments:** | image001.png |

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Hello Olu,

I am representing that August 26, 27, and 28, 2025 are dates in which my client and my office are currently available for Oliver Angus' deposition. Notwithstanding that representation, the Family Defendants still reserves the right to file a motion for a protective order based on our previous communications, and depending on the Court's ruling will ultimately determine if Oliver Angus will be produced on August 26, 2025.

With that being said, please confirm that Plaintiffs will be withdrawing Oliver Angus deposition notice for August 5, 2025.

Best,

Alex Rodriguez

On Fri, Jul 18, 2025 at 12:10 PM Olu Orange <orangelawoffices@att.net> wrote:

Mr. Rodriguez,

On June 24, 2025, Jennifer Stone, counsel for SMMUSD reached out to all counsel proposing possible dates for the deposition of Oliver Angus (7/15, 7/17, 8/5, 8/6, 8/7). On June 26, 2025, your office advised of your availability on all the dates Ms. Stone proposed. Plaintiffs' counsel were also available. Thus, on June 30, 2025, Ms. Stone noticed Oliver Angus' deposition. Plaintiffs cross-noticed the deposition.

Plaintiffs' deposition notice specifies a date upon which your office indicated availability. Thus, it is appropriate.

However, in an attempt at utmost courtesy, Plaintiffs will reschedule to August 26th if you are representing that you will actually produce Oliver Angus for deposition on that date.

Thank you,

Olu K. Orange, Esq.

On Jul 18, 2025 at 10:41 AM, Alexander Rodriguez <alex@rkhlawoffice.com> wrote:

Dear Mr. Orange,

I am just following up on my last email.

Please confirm that Plaintiffs will also be withdrawing their deposition notice due to Defendant Oliver Angus being unavailable on August 5, 2025 because the Family Defendants are on a preplanned summer vacation. Also, again after reviewing our client's availabiilty and my office's availabiity, the first available dates that Oliver Angus is available for deposition are August 26, 27, or 28, 2025.

If Plaintiffs are unwilling to withdraw their deposition notice by the end of business today, then the Family Defendants will be forced to engage in motion practice, which we will notify Magistrate Judge Rocconi that Plaintiffs are not abiding by the Central District's Civility and Professionalism Guidelines call for counsel to "consult other counsel regarding scheduling matters in a good faith effort to avoid scheduling conflicts. " *Bradshaw v. City of Los Angele*s, No. 2:19-CV-06661-VAP-JC, 2023 WL 3400624, at *6 n.2 (C.D. Cal. Apr. 13, 2023).

I hope that this can be resolved absent motion practice. If Plaintiffs are unwilling to withdraw their deposition notice of Oliver Angus, then please provide times early next week in which you are available for a telephonic meet and confer. Also, please note that if we are forced to engage in motion practice, then the Family Defendants will be seeking sanctions.

Best,

Alex Rodriguez

On Tue, Jul 15, 2025 at 5:55 PM Alexander Rodriguez <alex@rkhlawoffice.com> wrote:

Dear Mr. Orange,

I am representing that August 26, 27, and 28, 2025 are dates in which my client and my office are currently available for Oliver Angus' deposition. Notwithstanding that representation, the Family Defendants still reserves the right to file a motion for a protective order based on our previous communications, and depending on the Court's ruling will ultimately determine if Oliver Angus will be produced.

Best,

Alex Rodriguez

On Tue, Jul 15, 2025 at 5:44 PM [ ORANGE LAW ] <orangelawoffices@att.net> wrote:

Dear Mr. Rodriguez,

Are you representing that you are going to be <u>producing</u> Oliver Angus for his deposition on August the 26th if it is so noticed?

-Olu K. Orange, Esq.

On 7/15/2025 10:43 AM, Alexander Rodriguez wrote:

Hello Mr. Orange,

Please confirm that Plaintiffs will also be withdrawing their deposition notice due to Defendant Oliver Angus being unavailable on August 5, 2025 because the Family Defendants are on a preplanned summer vacation. As you should recall from Magistrate Judge Rocconi's recent order, the Central District's Civility and Professionalism Guidelines call for counsel to "consult other counsel regarding scheduling matters in a good faith effort to avoid scheduling conflicts. " *Bradshaw v. City of Los Angeles*, No. 2:19-CV-06661-VAP-JC, 2023 WL 3400624, at *6 n.2 (C.D. Cal. Apr. 13, 2023). Moreover, Courts have also quashed subpoenas that "unilaterally noticed depositions in locations and on dates such that neither ...counsel nor the deponent could attend." See, e.g., *Thompson v. Cnty. of Riverside*, No. 5:19-CV-00122-AB-SHK, 2023 WL 8168859, at *8(C.D. Cal. July 26, 2023), reconsideration denied, No. 5:19-CV-00122-AB-SHK, 2023 WL 6194322 (C.D. Cal. Aug. 7, 2023).

Also, please note that after reviewing our client's availabiilty and my office's availability, the first available dates that Oliver Angus is available for deposition are August 26, 27, or 28, 2025.

Best,

Alex Rodriguez

On Mon, Jul 14, 2025 at 12:51 PM Erin Woodard <EWoodard@bordinsemmer.com> wrote:

Counsel,

Apologies for the confusion but we will not be noticing the deposition of Oliver Angus at this time.

Please also consider our deposition notice for August 5th withdrawn.

Thank you.

Erin M. Woodard

*Paralegal*

Howard Hughes Center
6100 Center Drive, Suite 1100
Los Angeles, California 90045

ewoodard@bordinsemmer.com

Los Angeles | San Diego | Bay Area

**BORDIN | SEMMER**
TRIAL COUNSEL

This e-mail (and any attachments hereto) is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information contained herein by anyone other than the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, is prohibited. If you have received this e-mail in error, please notify us immediately at ewoodard@bordinsemmer.com and destroy the original message and all copies. Thank you.

**From:** [ ORANGE LAW ] <orangelawoffices@att.net>
**Sent:** Monday, July 14, 2025 11:13 AM
**To:** Jennifer Stone <JStone@BordinSemmer.com>; Travis Wester <travis@rkhlawoffice.com>; Juan Aviles <javiles@hadsellstormer.com>; Tami Galindo <tgalindo@hadsellstormer.com>; Dan Stormer <dstormer@hadsellstormer.com>; Morgan Ricketts <mricketts@hadsellstormer.com>
**Cc:** Erin Woodard <EWoodard@bordinsemmer.com>; Bryan Swaim <BSwaim@BordinSemmer.com>; Joshua Bordin-Wosk <JBordinWosk@BordinSemmer.com>; Rosa Hirji

<rosa@rkhlawoffice.com>; Alexander Rodriguez <alex@rkhlawoffice.com>; Jenny Chau <jenny@rkhlawoffice.com>
**Subject:** Re: Defendant OA's Availability for Deposition [M.S., et al. v. Angus, et al. | 2:23-cv-09957-SRM-MAR] (3600.118)

Perfect. Those dates work for Plaintiffs.

OKO

On 7/14/2025 11:11 AM, Jennifer Stone wrote:

Does **August 12 or 15** work? Thanks.

JENNIFER STONE

*Attorney*

Howard Hughes Center
6100 Center Drive, Suite 1100
Los Angeles, California 90045
jstone@bordinsemmer.com
TEL 323.457.2110
FAX 323.457.2120
Los Angeles | San Diego | Bay Area

**BORDIN | SEMMER**
TRIAL COUNSEL

**STRICTLY CONFIDENTIAL/SUBJECT TO ATTORNEY-CLIENT PRIVILEGE/ATTORNEY WORK PRODUCT**

Confidentiality Note: This e-mail (and any attachments hereto) is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information contained herein by anyone other than the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, is prohibited. If you have received this e-mail in error, please notify us immediately (telephone (323) 457-2110 (U.S.A.) or e-

mail jstone@bordinsemmer.com and destroy the original message and all copies. Thank you.

---

**From:** Travis Wester <travis@rkhlawoffice.com>
**Sent:** Monday, July 14, 2025 10:59 AM
**To:** Olu Orange <orangelawoffices@att.net>; Juan Aviles <javiles@hadsellstormer.com>; Tami Galindo <tgalindo@hadsellstormer.com>; Dan Stormer <dstormer@hadsellstormer.com>; Morgan Ricketts <mricketts@hadsellstormer.com>
**Cc:** Erin Woodard <EWoodard@bordinsemmer.com>; Bryan Swaim <BSwaim@BordinSemmer.com>; Joshua Bordin-Wosk <JBordinWosk@BordinSemmer.com>; Jennifer Stone <JStone@BordinSemmer.com>; Rosa Hirji <rosa@rkhlawoffice.com>; Alexander Rodriguez <alex@rkhlawoffice.com>; Jenny Chau <jenny@rkhlawoffice.com>
**Subject:** Defendant OA's Availability for Deposition [M.S., et al. v. Angus, et al. | 2:23-cv-09957-SRM-MAR]

Greetings counsel,

Regarding the noticed deposition of Defendant Oliver Angus in the above entitled matter for August 5, 2025, our office has been advised Mr. Angus will be unavailable due to a preplanned summer vacation.

The first available dates in August that Defendant and counsel have available are:

1. **August 26, 2025**
2. **August 27, 2025**
3. **August 28, 2025**

Please advise which of these dates Plaintiffs wish to calendar.

Thank you,

Travis Wester

Paralegal


Hirji, Chau & Rodriguez, LLP

5173 Overland Avenue

Culver City, CA 90230

Phone: (310) 391-0330

Phone: (310) 391-0332

Fax: (310) 943-0311

Email: travis@rkhlawoffice.com

Website: lawyer4children.com

Like us on Facebook!


STATEMENT OF CONFIDENTIALITY: This e-mail message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy, or disclose this message (or any information contained in it) to anyone. If you have received this message in error, please advise the sender by reply e-mail and delete this message.


--

Alex Rodriguez
Partner


**Hirji, Chau & Rodriguez LLP**
5173 Overland Avenue
Culver City, CA 90230
Phone: (310) 391-0330
Phone: (310) 391-0332
Fax: (310) 943-0311
Email: alex@rkhlawoffice.com
Website: lawyer4children.com
Like us on Facebook!

STATEMENT OF CONFIDENTIALITY*: This e-mail message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy, or disclose this message (or any information contained in it) to anyone. If you have received this message in error, please advise the sender by reply e-mail and delete this message.

--

Alex Rodriguez
Partner

**Hirji, Chau & Rodriguez LLP**
5173 Overland Avenue
Culver City, CA 90230
Phone: (310) 391-0330
Phone: (310) 391-0332
Fax: (310) 943-0311
Email: alex@rkhlawoffice.com
Website: lawyer4children.com
Like us on Facebook!

STATEMENT OF CONFIDENTIALITY*: This e-mail message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy, or disclose this message (or any information contained in it) to anyone. If you have received this message in error, please advise the sender by reply e-mail and delete this message.

--

Alex Rodriguez
Partner

**Hirji, Chau & Rodriguez LLP**
5173 Overland Avenue
Culver City, CA 90230
Phone: (310) 391-0330
Phone: (310) 391-0332
Fax: (310) 943-0311
Email: alex@rkhlawoffice.com
Website: lawyer4children.com
Like us on Facebook!

STATEMENT OF CONFIDENTIALITY*: This e-mail message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you

may not use, copy, or disclose this message (or any information contained in it) to anyone. If you have received this message in error, please advise the sender by reply e-mail and delete this message.

--

Alex Rodriguez
Partner

**Hirji, Chau & Rodriguez LLP**
5173 Overland Avenue
Culver City, CA 90230
Phone: (310) 391-0330
Phone: (310) 391-0332
Fax: (310) 943-0311
Email: alex@rkhlawoffice.com
Website: lawyer4children.com
Like us on Facebook!

STATEMENT OF CONFIDENTIALITY*:* This e-mail message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy, or disclose this message (or any information contained in it) to anyone. If you have received this message in error, please advise the sender by reply e-mail and delete this message.

This email has been scanned for spam & viruses. If you believe this email should have been stopped by our filters, click here to report it.

Ex. 16

| | |
|---|---|
| **Subject:** | Re: M.S & I.H. v. Oliver Angus, et al ... MEET and CONFER re FRCP Rule 72(a) objection ... |
| **Date:** | Tuesday, September 2, 2025 at 10:42:56 AM Pacific Daylight Time |
| **From:** | Alexander Rodriguez |
| **To:** | Olu Orange |
| **CC:** | Rosa Hirji, Morgan Ricketts, Tami Galindo, travis, Dan Stormer, jstone, Ariel Harman-Holmes, Erin Woodard, Bryan Swaim |
| **Attachments:** | image001.png |

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Hello Olu,

Again, the Family Defendants do not wish to proceed with the deposition until the matter is settled, especially since Plaintiffs are seeking to extend the time past four hours and surely will claim prejudice if they take the deposition under the current conditions and later claim they need additional time, and that the Family Defendants are objecting to overruling the order in its entirety and seek to prohibit the deposition. In addition, also potentially requiring Oliver to participate in potentially two depositions will only increase the risk to his health and life. The Family Defendants are not seeking to indefinitely delay the deposition, but instead believe the Parties need finality on the order before deposition can commence to avoid any prejudice to either side.

Please advise if Plaintiffs will oppose the Family Defendants filing their Rule 72 objections under seal.

Otherwise, I don't believe that a telephonic meet and confer is required before either side files their Rule 72 objections or applications to file under seal, but please advise if you are available today and would like to discuss.

Best,

Alex Rodriguez

On Mon, Sep 1, 2025 at 12:45 AM Olu Orange <oluorange@att.net> wrote:
> Hi Alex,
>
> While you may not wish to proceed without certain issues being resolved, we believe we can and must proceed with what Judge Rocconi has ordered.
>
> So, are you specifically refusing to proceed with any portion of the deposition until resolution of your objections to Judge Rocconi's order?
>
> -Olu

1 of 10

On Aug 28, 2025 at 2:59 PM, Alexander Rodriguez <alex@rkhlawoffice.com> wrote:

Hello Olu,

First, I am writing to inform you that the Family Defendants would oppose Plaintiffs filing an objection to Judge Rocconi's order regarding Oliver Angus' deposition -- specifically the limitation of it to four hours, rather than the full seven hours. However, the Family Defendants would not oppose and agree that Plaintiffs file it under seal.

Second, I am writing to inform to meet and confer regarding the Family Defendants' intent to file an objection to Judge Rocconi's order regarding Oliver Angus' deposition -- specifically (A) deposition of Oliver Angus does not poses a "distinct" or "direct" threat to his health and life; (B) there are conditions for a safe deposition; and (C) deposition of Oliver Angus would not be futile. The Family Defendants objection will be filed per FRCP Rule 72(a) and rely upon authority including in the order as well as the moving papers. The Family Defendants would also be filing under seal, which we assume the Plaintiffs will not oppose.

Third, the Family Defendants do not wish to proceed with the deposition until the matter is settled, especially since Plaintiffs are seeking to extend the time past four hours and surely will claim prejudice if they take the deposition under the current conditions and later claim they need additional time, and that the Family Defendants are objecting to overruling the order in its entirety and seek to prohibit the deposition. The Family Defendants are not seeking to indefinitely delay the deposition, but instead believe the Parties need finality on the order before deposition can commence to avoid any prejudice to either side.

Best,

Alex Rodriguez


On Wed, Aug 27, 2025 at 4:17 PM [ ORANGE ] <oluorange@att.net> wrote:

Hi Rosa,

This writing is to meet and confer regarding Plaintiffs' intent to file an objection to Judge Rocconi's order regarding Oliver Angus' deposition -- specifically the limitation of it to four hours, rather than the full seven hours. Plaintiffs' objection will be filed per FRCP Rule 72(a) and rely upon authority including but not limited to FRCP Rule 30(d) and *Averza v. Super Micro Comput., Inc*., No. 24-cv-06147-EJD (SVK), 2025 U.S. Dist. LEXIS 14330, at *7 (N.D. Cal. Jan. 27, 2025)("Thus, seven hours is the default length."). Plaintiffs will also request to seal the filing.

We do not anticipate a ruling prior to Oliver Angus' deposition being taken. So, we will proceed with the four hours allotted and if our objection is sustained we will make arrangements with you for the balance of the time.

I presume you oppose our objection to the four hour limitation and you agree that the filing should be sealed.

If I am incorrect, please advise.

Thank you.

Olu


-- --- --- --- --

On Wednesday, August 27, 2025 at 04:01:06 PM PDT, Olu Orange <orangelawoffices@att.net> wrote:


Hi Rosa,

We are checking on that date -- will get back to you on it.

-Olu

---

On Wednesday, August 27, 2025 at 01:12:03 PM PDT, Rosa Hirji <rosa@rkhlawoffice.com> wrote:


Resending to make sure all parties are copied.

On Wed, Aug 27, 2025 at 1:10 PM Rosa Hirji <rosa@rkhlawoffice.com> wrote:

Mr. Orange:

With great difficulty, I have managed to find a date that works for Oliver's physicians, co-defendants and his parents. The deposition can take place on **September 23 at 11am**, at the medical offices of Dr. Anshu Batra, 11835 West Olympic Blvd, Suite 1200 E, Los Angeles, CA 90064.

Sincerely,

Rosa Hirji

On Mon, Aug 25, 2025 at 10:07 AM [ ORANGE LAW ] <orangelawoffices@att.net> wrote:

Hi Ms. Hirji,

Sorry for the delay on this. Early September sounds good. Upon your representation as to that time frame, the August 26th depo of Oliver Angus is off-calendar and will be re-noticed.

Please send me available dates for consideration when you have them. You also mentioned a meet and confer -- I can do that too, but I don't know what we would discuss until you have dates. I am always happy to talk to you though!

Thanks,
Olu K. Orange, Esq.


On 8/25/2025 9:17 AM, Rosa Hirji wrote:

Dear Mr. Orange,

Kindly provide a courtesy of a response.

Sincerely,

Rosa Hirji

On Fri, Aug 22, 2025 at 7:35 AM Rosa Hirji <rosa@rkhlawoffice.com> wrote:

Dear Mr. Orange,

Dr. Boles is out of the state until the first week of September. Similarly, Dr. Taravella is not available until the beginning of September. I am working on getting dates to you for that timeframe. Oliver will need to be deposed near a hospital. We need a reasonable amount of time to identify that location, but it will be in Santa Monica. The deposition scheduled for August 26 will need to be rescheduled accordingly. I hope to finalize the date and location by mid-next week. Please confirm receipt of this email and your agreement to (1) take the August 26 deposition off calendar and (2) meet and confer by Wednesday August 27 on the date and location of the deposition.

Sincerely,

Rosa Hirji

On Thu, Aug 21, 2025 at 3:17 PM Rosa Hirji <rosa@rkhlawoffice.com> wrote:

Dear Mr. Orange,

The Court has permitted Oliver to be accompanied by his physicians. I am in the process of obtaining their availability. We will need your cooperation so that the deposition can be scheduled accordingly. I will send you an update by tomorrow morning.

Thank you,

Rosa Hirji

On Thu, Aug 21, 2025 at 3:02 PM Olu Orange <orangelawoffices@att.net> wrote:

Hi Rosa,

In light of the Court's order, at what location would you like for me to depose your client, Oliver Angus? Please let me know by 4 pm tomorrow so that we can arrange the court reporter and videographer. If we don't hear from you to the contrary, we understand the currently noticed location to be fine.

Thank you.
Olu

On Aug 21, 2025 at 2:40 PM, Valerie Velasco <valerie_velasco@cacd.uscourts.gov> wrote:

Good afternoon,

4 of 10

Please find the sealed order.

Thank you.



**VALERIE VELASCO**
COURTROOM DEPUTY TO THE HONORABLE MARGO A. ROCCONI
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT COURT OF CALIFORNIA**
255 East Temple Street
Los Angeles, CA 90012-3332
Office: (213) 894-3589    Fax: (213) 894-6860
Email: valerie_velasco@cacd.uscourts.gov

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Notice of Electronic Filing**

The following transaction was entered on 8/21/2025 at 2:02 PM PDT and filed on 8/20/2025

| | |
|---|---|
| **Case Name:** | M.S. et al v. Oliver Angus et al |
| **Case Number:** | 2:23-cv-09957-SRM-MAR |
| **Filer:** | |
| **Document Number:** | 168 |

**Docket Text:**
SEALED - MINUTES (In Chambers) ORDER RE: THE FAMILY DEFENDANTS' APPLICATION TO FILE UNDER SEAL AND MOTION FOR A PROTECTIVE ORDER, DKTS. 16263. (bm)

**2:23-cv-09957-SRM-MAR Notice has been electronically mailed to:**

Morgan E Ricketts    kjinez@hadsellstormer.com, mricketts@hadsellstormer.com, javiles@hadsellstormer.com, tgalindo@hadsellstormer.com

Jenny Chau    travis@rkhlawoffice.com, jenny@rkhlawoffice.com

Patricia M Ford    genevieve.fenster@santamonica.gov, molly.ford@santamonica.gov

Olu K Orange    orangelawoffices@att.net, o.orange@orangelawoffices.com

Daniel K Dik    ddik@fwcllp.com

Dan Stormer    dstormer@hadsellstormer.com, tgalindo@hadsellstormer.com

Craig C Lang    craiglanglegal@gmail.com

Joshua Bordin-Wosk    bsampson@bordinsemmer.com, mcusumano@bordinsemmer.com, jbordinwosk@bordinsemmer.com

Rosa Karim Hirji    travis@rkhlawoffice.com, rosa@rkhlawoffice.com

Alexander Faustino Rodriguez    alex@rkhlawoffice.com, travis@rkhlawoffice.com

Bryan Christopher Swaim    jstone@bordinsemmer.com, ewoodard@bordinsemmer.com, bswaim@bordinsemmer.com

**2:23-cv-09957-SRM-MAR Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Jennifer Stone
Bordin Semmer LLP
6100 Center Drive, Suite 1100
Los Angeles CA 90045
USA

Sophia Brigitte Arim
Bordin Semmer LLP
6100 Center Drive, No. 1100
Los Angeles CA 90045
USA

---

This email has been scanned for spam & viruses. If you believe this email should have been stopped by our filters, click here to report it.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

--
Rosa K. Hirji
Managing Partner
**Hirji, Chau & Rodriguez LLP**
5173 Overland Avenue
Culver City, CA 90230
Phone: (310) 391-0330
Phone: (310) 391-0332
Fax: (310) 943-0311
Email: rosa@rkhlawoffice.com
Website: http://lawyer4children.com/


STATEMENT OF CONFIDENTIALITY*:* This e-mail message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy, or disclose this message (or any information contained in it) to anyone. If you have received this message in error, please advise the sender by reply e-mail and delete this message.


--
Rosa K. Hirji
Managing Partner
**Hirji, Chau & Rodriguez LLP**
5173 Overland Avenue
Culver City, CA 90230
Phone: (310) 391-0330
Phone: (310) 391-0332
Fax: (310) 943-0311
Email: rosa@rkhlawoffice.com
Website: http://lawyer4children.com/


STATEMENT OF CONFIDENTIALITY*:* This e-mail message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy, or disclose this message (or any information contained in it) to anyone. If you have received this message in error, please advise the sender by reply e-mail and delete this message.


--
Rosa K. Hirji
Managing Partner

**Hirji, Chau & Rodriguez LLP**
5173 Overland Avenue
Culver City, CA 90230
Phone: (310) 391-0330
Phone: (310) 391-0332
Fax: (310) 943-0311
Email: rosa@rkhlawoffice.com
Website: http://lawyer4children.com/

STATEMENT OF CONFIDENTIALITY*:* This e-mail message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy, or disclose this message (or any information contained in it) to anyone. If you have received this message in error, please advise the sender by reply e-mail and delete this message.

--
Rosa K. Hirji
Managing Partner
**Hirji, Chau & Rodriguez LLP**
5173 Overland Avenue
Culver City, CA 90230
Phone: (310) 391-0330
Phone: (310) 391-0332
Fax: (310) 943-0311
Email: rosa@rkhlawoffice.com
Website: http://lawyer4children.com/

STATEMENT OF CONFIDENTIALITY*:* This e-mail message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy, or disclose this message (or any information contained in it) to anyone. If you have received this message in error, please advise the sender by reply e-mail and delete this message.

--
Rosa K. Hirji
Managing Partner
**Hirji, Chau & Rodriguez LLP**
5173 Overland Avenue
Culver City, CA 90230
Phone: (310) 391-0330
Phone: (310) 391-0332
Fax: (310) 943-0311
Email: rosa@rkhlawoffice.com

8 of 10

Website: http://lawyer4children.com/

STATEMENT OF CONFIDENTIALITY: This e-mail message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy, or disclose this message (or any information contained in it) to anyone. If you have received this message in error, please advise the sender by reply e-mail and delete this message.

--

Alex Rodriguez
Partner

**Hirji, Chau & Rodriguez LLP**
5173 Overland Avenue
Culver City, CA 90230
Phone: (310) 391-0330
Phone: (310) 391-0332
Fax: (310) 943-0311
Email: alex@rkhlawoffice.com
Website: lawyer4children.com
Like us on Facebook!

STATEMENT OF CONFIDENTIALITY: This e-mail message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy, or disclose this message (or any information contained in it) to anyone. If you have received this message in error, please advise the sender by reply e-mail and delete this message.

--

Alex Rodriguez
Partner

**Hirji, Chau & Rodriguez LLP**
5173 Overland Avenue
Culver City, CA 90230
Phone: (310) 391-0330
Phone: (310) 391-0332
Fax: (310) 943-0311
Email: alex@rkhlawoffice.com
Website: lawyer4children.com
Like us on Facebook!

STATEMENT OF CONFIDENTIALITY: This e-mail message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy, or disclose this message (or any information contained in it) to anyone. If you have received this message in error, please advise the sender by reply e-mail and delete this message.

Ex. 17

**From:** **Rosa Hirji** rosa@rkhlawoffice.com
**Subject:** Re: Plaintiffs' Notice of Deposition of Jamie Angus
**Date:** September 18, 2025 at 11:46 AM
**To:** Morgan Ricketts mricketts@hadsellstormer.com
**Cc:** Jennifer Stone JStone@bordinsemmer.com, Alexander Rodriguez alex@rkhlawoffice.com, Ariel Harman-Holmes ariel@rkhlawoffice.com, Travis Wester travis@rkhlawoffice.com, Joshua Bordin-Wosk JBordinWosk@bordinsemmer.com, Bryan Swaim BSwaim@bordinsemmer.com, Erin Woodard EWoodard@bordinsemmer.com, Olu Orange orangelawoffices@att.net , Dan Stormer dstormer@hadsellstormer.com, Santiago Villegas svillegas@hadsellstormer.com, Tami Galindo tgalindo@hadsellstormer.com, Karla Jinez kjinez@hadsellstormer.com, Juan Aviles javiles@hadsellstormer.com, Bina Ahmad bahmad@hadsellstormer.com, Kate McFarlane kmcfarlane@hadsellstormer.com, Guadalupe Ramirez-Gomez guadalupe@rkhlawoffice.com

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Hi Morgan,

Michael Angus is available on October 2. My understanding is that the District is also available on this date.

Jamie is available on **November 7**. She cannot be available sooner than that due to her treatment schedule and child caring responsibilities. Michael Angus is out of town on work related trips (scheduled well before Pltfs notices) for a large part of October, and she must schedule the deposition for a date when he is available to oversee the child care.
Due to her health, she requires the following accommodations

1. Location: Close to Santa Monica or Remote
2. Max 3.5 hours a session, with 2 days break in between sessions
3. Breaks as needed
4. The ability to eat and drink as needed

Sincerely,

Rosa

On Sat, Sep 13, 2025 at 3:54 PM Rosa Hirji <rosa@rkhlawoffice.com> wrote:

Hi Morgan,

Will do.

Rosa

On Sat, Sep 13, 2025 at 3:39 PM Morgan Ricketts <mricketts@hadsellstormer.com> wrote:

Dear Rosa,

I am happy to work with you on this, but I don't want to guess at what dates you and Jamie will be available. If Jamie will not appear on October 17, please provide three dates in October on which she *will* be available to appear and we will make something work.

One other note. The reason I set her deposition for October 17 is because her responses to RFPs (Set Two) are due before that day. If you intend to select dates prior to October 17, please ensure that Jamie's responses to her RFPs (Set Two) are provided at least two business days in advance of the date you select.

Thank you,

Morgan

**From:** Rosa Hirji <rosa@rkhlawoffice.com>

**Date:** Saturday, September 13, 2025 at 3:23 PM
**To:** Morgan Ricketts <mricketts@hadsellstormer.com>
**Cc:** Jennifer Stone <JStone@bordinsemmer.com>, Alexander Rodriguez <alex@rkhlawoffice.com>, Ariel Harman-Holmes <ariel@rkhlawoffice.com>, Travis Wester <travis@rkhlawoffice.com>, Joshua Bordin-Wosk <JBordinWosk@bordinsemmer.com>, Bryan Swaim <BSwaim@bordinsemmer.com>, Erin Woodard <EWoodard@bordinsemmer.com>, Olu Orange <orangelawoffices@att.net>, Dan Stormer <dstormer@hadsellstormer.com>, Santiago Villegas <svillegas@hadsellstormer.com>, Tami Galindo <tgalindo@hadsellstormer.com>, Karla Jinez <kjinez@hadsellstormer.com>, Juan Aviles <javiles@hadsellstormer.com>, Bina Ahmad <bahmad@hadsellstormer.com>, Kate McFarlane <kmcfarlane@hadsellstormer.com>, Guadalupe Ramirez-Gomez <guadalupe@rkhlawoffice.com>
**Subject:** Re: Plaintiffs' Notice of Deposition of Jamie Angus

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Please be on notice that Ms. Angus cannot attend a deposition on this date. She has a cancer treatment scheduled the day before and will be in recovery.  She is also the primary caregiver for her son. Please provide the courtesy of 3 dates in October so that we can review.

On Fri, Sep 12, 2025 at 6:25 PM Morgan Ricketts <mricketts@hadsellstormer.com> wrote:

Counsel –

Please see attached Plaintiffs' Deposition Notice for Defendant Jamie Angus with Requests for Production, set for **9am** on October 17, 2025 at our Pasadena office.

Thank you,

*Morgan Ricketts*

Partner

**Hadsell Stormer Renick & Dai LLP**

128 N Fair Oaks Ave

Pasadena, CA 91103

T (626) 585-9600

F (626) 577-7079

mricketts@hadsellstormer.com

**NOTICE:** This electronic mail transmission—and any attachments—contains privileged and confidential information. This information is intended solely for use by the recipients identified in the "To," "Cc," and "Bcc" fields. If you are not an intended recipient, please note that any disclosure, copying, distribution, or use of the contents of this transmission is prohibited. If you have received this transmission in error, please immediately delete it and notify the sender..

--

Rosa K. Hirji

Managing Partner

**Hirji, Chau & Rodriguez LLP**

5173 Overland Avenue

Culver City, CA 90230

Phone: (310) 391-0330

Phone: (310) 391-0332

Fax: (310) 943-0311

Email: rosa@rkhlawoffice.com

Website: http://lawyer4children.com/

STATEMENT OF CONFIDENTIALITY: This e-mail message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy, or disclose this message (or any information contained in it) to anyone. If you have received this message in error, please advise the sender by reply e-mail and delete this message.

This email has been scanned for spam & viruses. If you believe this email should have been stopped by our filters, click here to report it.

--
Rosa K. Hirji
Managing Partner
**Hirji, Chau & Rodriguez LLP**
5173 Overland Avenue
Culver City, CA 90230
Phone: (310) 391-0330
Phone: (310) 391-0332
Fax: (310) 943-0311
Email: rosa@rkhlawoffice.com
Website: http://lawyer4children.com/

STATEMENT OF CONFIDENTIALITY: This e-mail message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy, or disclose this message (or any information contained in it) to anyone. If you have received this message in error, please advise the sender by reply e-mail and delete this message.

--
Rosa K. Hirji
Managing Partner
**Hirji, Chau & Rodriguez LLP**
5173 Overland Avenue
Culver City, CA 90230
Phone: (310) 391-0330
Phone: (310) 391-0332
Fax: (310) 943-0311
Email: rosa@rkhlawoffice.com
Website: http://lawyer4children.com/

STATEMENT OF CONFIDENTIALITY: This e-mail message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy, or disclose this message (or any information contained in it) to anyone. If you have received this message in error, please advise the sender by reply e-mail and delete this message.

[Filed Separately - Proposed To Be Filed Under Seal]

Ex. 18

[Filed Separately - Proposed To Be Filed Under Seal]

Ex. 19

[Filed Separately - Proposed To Be Filed Under Seal]

Ex. 20

# [Filed Separately - Proposed To Be Filed Under Seal]

Ex. 21