**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

FIRST-CLASS MAIL
IMI
$001.90
06/09/2026 ZIP 90012
043M31268156
US POSTAGE
quadient



-R-T-S-    900455206-1N          06/22/26

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

2:23CV 9957-SRM



RECEIVED
CLERK, U.S DISTRICT COURT

JUN 3 0 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

JUN 3 0 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

EP

Case: 2:23cv09957  Doc: 402

Jennifer  Stone
Bordin Semmer LLP
6100 Center Drive,  Suite 1100
Los Angeles, CA 90045

Case 2:23-cv-09957-SRM-MAR     Document 403     Filed 06/30/26     Page 2 of 4   Page ID
#:12095

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Jennifer Stone
Bordin Semmer LLP
6100 Center Drive, Suite 1100
Los Angeles CA 90045
USA
--Case Participants: Bina Ahmad (bahmad@hadsellstormer.com, javiles@hadsellstormer.com, tgalindo@hadsellstormer.com), Sophia Brigitte Arim (sarim@bordinsemmer.com), Joshua Bordin-Wosk (jbordinwosk@bordinsemmer.com), Jenny Chau (jenny@rkhlawoffice.com, travis@rkhlawoffice.com), Daniel K Dik (ddik@fwcllp.com), Patricia M Ford (andrew.cabello@santamonica.gov, genevieve.fenster@santamonica.gov, maral.torosian@santamonica.gov, molly.ford@santamonica.gov), Isabelle Maxine Geczy (igeczy@hadsellstormer.com, kjinez@hadsellstormer.com), Ariel Harman-Holmes (ariel@rkhlawoffice.com), Rosa Karim Hirji (rosa@rkhlawoffice.com, travis@rkhlawoffice.com), Howard L Jacobs (howard.jacobs@athleteslawyer.com, howard.jacobs@yahoo.com), Craig C Lang (craiglanglegal@gmail.com), Kate Kolomyjec McFarlane (kjinez@hadsellstormer.com, kmcfarlane@hadsellstormer.com, tgalindo@hadsellstormer.com), Olu K Orange (o.orange@orangelawoffices.com, orangelawoffices@att.net), Morgan E Ricketts (javiles@hadsellstormer.com, kjinez@hadsellstormer.com, mricketts@hadsellstormer.com, tgalindo@hadsellstormer.com), Alexander Faustino Rodriguez (alex@rkhlawoffice.com, travis@rkhlawoffice.com), Jasmine Sadeghani (asilva@fisherphillips.com, yjuarez@fisherphillips.com), Dan Stormer (dstormer@hadsellstormer.com, tgalindo@hadsellstormer.com), Bryan Christopher Swaim (bswaim@bordinsemmer.com, ewoodard@bordinsemmer.com, jstone@bordinsemmer.com), Judge Serena R. Murillo (crd_murillo@cacd.uscourts.gov), Magistrate Judge Margo A. Rocconi (crd_rocconi@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<42788014@cacd.uscourts.gov>Subject:Activity in Case 2:23-cv-09957-SRM-MAR M.S. et al v. Oliver Angus et al Motion Hearing Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 6/5/2026 at 11:47 AM PDT and filed on 6/4/2026

**Case Name:**      M.S. et al v. Oliver Angus et al

**Case Number:**    2:23-cv-09957-SRM-MAR

**Filer:**

**Document Number:**    402

**Docket Text:**
**MINUTES of Motions hearing held before Judge Serena R. Murillo. The motions hearing is held. The Court takes the following motions under submission: Plaintiffs' FRCP Rule 72 Objection and Request for Review of Discovery Order Entered 08/21/25, Dkt. [176]; Family Defendants' Motion for Reconsideration of Leave to Proceed Under Party Initials or Pseudonym, Dkt. [199]; Family Defendants' Motion for Sanctions for Improper Public Filing of Sealed Juvenile and Protected Materials, Dkt.[263]; Plaintiff's FRCP Rule 72 Objection re Discovery Order Entered October 22, 2025, Dkt. [285]; Family Defendants' Motion for Review of Magistrate [Judge] Rocconi's March 11, 2026 Order re: Family Defendants' Motion to Quash Third Party Subpoenas, Dkt. [357]; Family Defendants' Motion for Leave to Take Additional Depositions Under Rule 30(a)(2), Dkt. [373]; Plaintiffs' Motion for Terminating Sanctions Due To Family Defendants' Willful Spo[il]ation of Key Evidence, Dkts. [380][381]. Separate order(s) to issue. Attorney for Plaintiff(s): Olu Orange, Dan Stormer, Kate McFarlane, Morgan Ricketts. Attorney for Defendant(s): Alexander Rodriguez, Ariel Harman-Holmes, Jenny Chau, Rosa Hirji. Courtroom Deputy: Gabriela Garcia. Time in Court: 1 hour 13 mins. Court Reporter: CourtSmart. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (gga)**

**2:23-cv-09957-SRM-MAR Notice has been electronically mailed to:**
Morgan E Ricketts    kjinez@hadsellstormer.com, mricketts@hadsellstormer.com, javiles@hadsellstormer.com, tgalindo@hadsellstormer.com
Jenny Chau    travis@rkhlawoffice.com, jenny@rkhlawoffice.com
Olu K Orange    orangelawoffices@att.net, o.orange@orangelawoffices.com
Bina Ahmad    bahmad@hadsellstormer.com, javiles@hadsellstormer.com, tgalindo@hadsellstormer.com
Alexander Faustino Rodriguez    alex@rkhlawoffice.com, travis@rkhlawoffice.com
Bryan Christopher Swaim    jstone@bordinsemmer.com, ewoodard@bordinsemmer.com, bswaim@bordinsemmer.com
Ariel Harman-Holmes    ariel@rkhlawoffice.com
Isabelle Maxine Geczy    kjinez@hadsellstormer.com, igeczy@hadsellstormer.com
Jasmine Sadeghani    asilva@fisherphillips.com, yjuarez@fisherphillips.com
Patricia M Ford    genevieve.fenster@santamonica.gov, molly.ford@santamonica.gov, andrew.cabello@santamonica.gov, maral.torosian@santamonica.gov
Daniel K Dik    ddik@fwcllp.com
Kate Kolomyjec McFarlane    kjinez@hadsellstormer.com, kmcfarlane@hadsellstormer.com, tgalindo@hadsellstormer.com
Craig C Lang    craiglanglegal@gmail.com
Dan Stormer    dstormer@hadsellstormer.com, tgalindo@hadsellstormer.com
Sophia Brigitte Arim    sarim@bordinsemmer.com
Joshua Bordin-Wosk    jbordinwosk@bordinsemmer.com
Rosa Karim Hirji    travis@rkhlawoffice.com, rosa@rkhlawoffice.com
Howard L Jacobs    howard.jacobs@athleteslawyer.com, howard.jacobs@yahoo.com
**2:23-cv-09957-SRM-MAR Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**