Rosa K. Hirji (SBN 204722)
*rosa@rkhlawoffice.com*
Alexander F. Rodriguez (SBN 322700)
*alex@rkhlawoffice.com*
Ariel S. Harman-Holmes (SBN 315234)
*ariel@rkhlawoffice.com*
**HIRJI, CHAU & RODRIGUEZ, LLP**
5173 Overland Avenue
Culver City, CA 90230
Tel: (310) 391-0330 // Fax: (310) 943-0311

*Attorneys for Defendants* O.A., J.A., *and* M.A.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.S., a minor, by and through his guardian ad litem, Jessica DeVita, et al.<br><br>Plaintiffs,<br><br>v.<br><br>O.A., et al.<br><br>Defendants. | CASE NO. 2:23−CV−09957-SRM-MAR<br>*Assigned for all purposes to the Honorable Serena R. Murillo*<br><br>**DECLARATION OF ARIEL S. HARMAN-HOLMES IN SUPPORT OF FAMILY DEFENDANTS' MOTION FOR REVIEW OF MAGISTRATE JUDGE'S AUGUST 4, 2026 ORDER [DKT. 417] PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 72(a) AND LOCAL RULE 72-2.1**<br><br>Complaint Filed: November 22, 2023<br>TAC Filed: October 21, 2024<br>Discovery Cutoff: September 11, 2026<br>Pretrial Conference: February 17, 2026<br>Trial Date: TBD<br><br>Hearing Date: November 18, 2026<br>Hearing Time: 1:30 PM |

I, Ariel S. Harman-Holmes, declare as follows:

1. I am an attorney with Hirji, Chau & Rodriguez, LLP, counsel for Defendants O.A., J.A., and M.A. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently to them.
2. On August 19, 2026, I contacted counsel for Plaintiffs, Morgan Ricketts, regarding a videoconference to meet and confer concerning review of Dkt. 417.
3. Ms. Ricketts advised that she was unavailable to meet and confer that day and asked whether the conference could occur the following day. I responded that the deadline to seek review of Dkt. 417 under Rule 72 expired on August 19, 2026, and requested that another attorney for Plaintiffs participate in a brief videoconference that afternoon if Ms. Ricketts was unavailable.
4. At approximately 3:47 p.m., Ms. Ricketts responded that she did not believe there was a reason to meet and confer other than to document that one had occurred, and advised the Family Defendants to proceed with filing and state that the parties had not had time to confer given the short notice. A true and correct copy of that email exchange is attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 19, 2026, at North Hills, California.

Ariel Harman-Holmes

Ariel S. Harman-Holmes