**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

M.S., a minor, by and through his guardian *ad litem*, Jessica DeVita; and I.H., a minor, by and through her guardian *ad litem*, Candace Hernandez,

Plaintiffs,

v.

O.A., M.A., J.A., MARAE CRUCE, GREGORY PITTS, ANTONIO SHELTON, SANTA MONICA MALIBU UNIFIED SCHOOL DISTRICT and Does 1 through 10,

Defendants.

Case No.: 2:23-cv-09957-SRM-MAR

[Assigned to the Honorable Serena R. Murillo – Courtroom 5D]

**[PROPOSED] ORDER RE PLAINTIFFS' OPPOSITION TO FAMILY DEFENDANTS' *EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON THEIR CONCURRENTLY FILED SCHEDULING MOTION CONCERNING THE EXPERT DISCOVERY SCHEDULE AND FOR LIMITED INTERIM RELIEF**

Complaint filed: November 22, 2023
Discovery Cutoff: September 11, 2026
FPTC: February 17, 2027
Trial Date: Not set

**[PROPOSED] ORDER**

Good cause appearing, IT IS HEREBY ORDERED THAT:

The hearing on Family Defendants' motion concerning the expert-discovery schedule (Dkt. 437) is advanced to October 14, 2026, at 1:30 p.m., subject to the briefing provisions below and any further order.

Plaintiffs' Opposition, if any, shall be filed and served within three court days after entry of this Order.

Any reply shall be filed and served within two court days after the Opposition is filed.

**IT IS SO ORDERED.**

Dated: ____________________ ____________________________________________

The Honorable Serena R. Murillo
United States District Judge