Rosa K. Hirji (SBN 204722)
*rosa@rkhlawoffice.com*
Alexander F. Rodriguez (SBN 322700)
*alex@rkhlawoffice.com*
Ariel S. Harman-Holmes (SBN 315234)
*ariel@rkhlawoffice.com*
**HIRJI, CHAU & RODRIGUEZ, LLP**
5173 Overland Avenue
Culver City, CA 90230
Tel: (310) 391-0330 // Fax: (310) 943-0311

*Attorneys for Defendants* O.A., M.A.*, and* J.A.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.S., a minor, by and through his guardian ad litem, Jessica DeVita, et al.<br><br>Plaintiffs,<br><br>v.<br><br>O.A., et al.<br><br>Defendants. | CASE NO. 2:23–CV–09957-SRM-MAR<br>*Assigned for all purposes to the Honorable Serena R. Murillo*<br><br>**FAMILY DEFENDANTS' NOTICE OF ERRATA CONCERNING DKTS. 436, 437, AND 438 AND SUPPORTING PAPERS**<br><br>Complaint Filed: November 22, 2023<br>TAC Filed: October 21, 2024<br>Discovery Cutoff: September 11, 2026<br>Pretrial Conference: February 17, 2027<br>Trial Date: TBD |

//

//

//

//

//

//

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendants O.A., M.A., and J.A. ("Family Defendants") submit the following corrections to their filed expert-discovery motions, related ex parte application, and supporting papers.

**1. Incorrect title on the proposed order at Dkt. 436-4.**

The cover of Dkt. 436-4 incorrectly identifies the document as the "Declaration of Jennifer Stone in Support of Defendants' Joint Motion for Expert Discovery Sanctions and Conditional Discovery Relief." The document is the proposed order on the sanctions motion at Dkt. 436.

The correct title is "[Proposed] Order Granting Defendants' Joint Motion for Expert Discovery Sanctions, Including Exclusion, Attorneys' Fees, and Costs."

**2. Pretrial-conference year and identification of discovery cutoffs.**

The captions of Dkts. 436, 436-1, 436-2, 436-4, 437, 437-1, 437-2, 437-3, 438, 438-1, and 438-2 incorrectly identify the final pretrial conference as February 17, 2026. The correct date is February 17, 2027.

The September 11, 2026 date labeled "Discovery Cutoff" in those captions is the fact-discovery cutoff. The expert-discovery cutoff is October 2, 2026.

**3. Filing-date statement in Dkt. 438.**

On page 9, lines 17–19, Dkt. 438 states that "Family Defendants present the current requests on October 2." That statement reflected the intended filing date but does not accurately state when Family Defendants filed the scheduling motion and related ex parte application.

The sentence should read:

"Family Defendants filed the scheduling motion and this application on October 3, 2026, and request an order permitting the identified disputes to be resolved after the cutoff."

The Notices of Electronic Filing identify October 3 as the filing date for both

documents. They record the transaction for Dkt. 437 at 1:13 a.m. and the transaction for Dkt. 438 at 1:27 a.m. Pacific Daylight Time.

**4. Description of the supporting declaration in Dkt. 438.**

On page 4, lines 24–25, Dkt. 438 states:

"The supporting declaration describes the written notice, conference requests, actual telephone notice efforts, and any updated positions."

The sentence should read:

"The supporting declaration describes the written notice, conference requests, counsel's responses, and Family Defendants' request to excuse oral notice before filing."

Paragraph 37 of the declaration filed at Dkt. 438-1 states that Family Defendants were unable to give oral notice before filing and requests that the Court excuse that requirement. The correction makes the application's description consistent with the declaration actually filed.

**5. Declaration citations.**

The following citations should be corrected as shown below. These citations refer to the original declaration of Ariel S. Harman-Holmes filed at Dkts. 437-2 and 438-1.

The corrected references identify the paragraphs addressing the updated deposition dates, counsel's acceptance and clarification of those dates, the firm's workload, and the September 29 through October 2 conference requests and responses.

- Dkt. 438, page 6, line 28: Change "¶¶ 25–31" to "¶¶ 29, 32, 35."
- Dkt. 438, page 8, lines 27–28: Change "¶¶ 25–32" to "¶¶ 29–34."
- Dkt. 438, page 10, line 1: Change "¶¶ 21, 33–34" to "¶¶ 21, 25–26."
- Dkt. 438, page 10, lines 14–15: Change "¶¶ 22–23, 26–32" to "¶¶ 22–24, 30–31, 33–36."
- Dkt. 437, page 12, line 21: Change "¶¶ 22–24" to "¶¶ 22–24, 30–31, 33–36."

**6. Omitted courtroom in Dkt. 437.**

On page 2, line 3, the blank following "Courtroom" should read "5D." The request to advance the scheduling motion's hearing remains presented in Dkt. 438.

**7. Pronoun referring to Judge Rocconi.**

On page 10, lines 22–23, Dkt. 438 refers to Judge Rocconi's "his procedures." That phrase should read "her procedures."

Family Defendants request that the Court read the affected passages with these corrections. The substantive relief requested in the filed motions and application remains unchanged.

DATED: October 7, 2026

HIRJI, CHAU & RODRIGUEZ, LLP

/s/ Ariel Harman-Holmes

Ariel S. Harman-Holmes
Attorneys for Defendants
O.A., M.A., and J.A.