**DISCOVERY MATTER**

Olu K. Orange, Esq. [S. B. #213653]
ORANGE LAW OFFICES, P.C.
3435 Wilshire Blvd., Suite 2910
Los Angeles, California 90010
Telephone: (213) 736-9900 / Facsimile: (213) 417-8800
Email: orangelawoffices@att.net

Dan Stormer, Esq. [S.B. # 101967]
Morgan E. Ricketts, Esq. [S.B. # 268892]
Kate McFarlane, Esq. [S.B. #340706]
Isabelle Geczy, Esq. [S.B. #349594]
Santiago Villegas, Esq. [S.B. #366637]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600 / Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com / mricketts@hadsellstormer.com
svillegas@hadsellstormer.com / kmcfarlane@hadsellstormer.com
igeczy@hadsellstormer.com

*Attorneys for Plaintiffs M.S. and I.H.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.S., a minor, by and through his guardian *ad litem*, Jessica DeVita; and I.H., a minor, by and through her guardian *ad litem*, Candace Hernandez,<br><br>Plaintiffs,<br><br>v.<br><br>O.A., M.A., J.A., MARAE CRUCE, GREGORY PITTS, ANTONIO SHELTON, SANTA MONICA MALIBU UNIFIED SCHOOL DISTRICT and Does 1 through 10,<br><br>Defendants. | Case No.: 2:23-cv-09957-SRM-MAR<br><br>[Assigned to the Honorable Margo A. Rocconi – Courtroom 790]<br><br>**PLAINTIFFS' OBJECTION TO FAMILY DEFENDANTS MOTION FOR EXPERT DISCOVERY SANCTIONS**<br><br>**[MATTER FOR DETERMINATION BY THE HONORABLE MARGO A. ROCCONI]**<br><br>Complaint filed: November 22, 2023<br>Motion Cutoff: November 25, 2026<br>Discovery Cutoff: March 13, 2026<br>Trial Date: Not Set |

**OBJECTION**

Defendants moved for expert discovery sanctions on October 3 and set their motion for October 28. This is 25 days' notice. Local Rules 37-2.4 and 6-1 require 28 days' notice. Plaintiffs object to being required to respond in less than the statutory time.

Plaintiffs further object to the Defendants' failure to meet and confer as required by Local Rule 37-3, which the Court has previously admonished counsel for, and has even stricken all pending motions that did not appear to comply with this requirement.

Plaintiffs brought this to Defendants' attention and requested that the Motion be withdrawn. However, in an abundance of caution, Plaintiffs file this Objection.

If the Court desires a full Opposition, Plaintiffs will provide one upon the Court's instruction.

Dated: October 7, 2026

Respectfully Submitted,
ORANGE LAW OFFICES
HADSELL STORMER RENICK & DAI LLP

By: */s/ Morgan Ricketts*
Olu K. Orange
Dan Stormer
Morgan Ricketts
Kate McFarlane
Isabelle Geczy
Santiago Villegas
Attorneys for Plaintiffs M.S. and I.H.

**Certificate of Compliance**

The undersigned, counsel of record for Plaintiffs M.S. and I.H., certifies that this brief contains less than 150 words, which complies with the word limit of L.R. 11-6.1

Dated: October 7, 2026

/s/- *Morgan Ricketts*
Morgan Ricketts