Olu K. Orange, Esq. [S. B. #213653]
ORANGE LAW OFFICES, P.C.
3435 Wilshire Blvd., Suite 2910
Los Angeles, California 90010
Telephone: (213) 736-9900 / Facsimile: (213) 417-8800
Email: orangelawoffices@att.net

Dan Stormer, Esq. [S.B. #101967]
Morgan E. Ricketts, Esq. [S.B. #268892]
Bina Ahmad, Esq. [SB. #329387]
Kate McFarlane, Esq. [S.B. #340706]
Isabelle Geczy, Esq. [S.B. # 349594]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600 / Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com / mricketts@hadsellstormer.com
bahmad@hadsellstormer.com / kmcfarlane@hadsellstormer.com
igeczy@hadsellstormer.com

*Attorneys for Plaintiffs M.S. and I.H.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.S., a minor, by and through his guardian *ad litem*, Jessica DeVita; and I.H., a minor, by and through her guardian *ad litem*, Candace Hernandez,<br><br>Plaintiffs,<br><br>v.<br><br>O.A., M.A., J.A., MARAE CRUCE, GREGORY PITTS, ANTONIO SHELTON, SANTA MONICA MALIBU UNIFIED SCHOOL DISTRICT and Does 1 through 10,<br><br>Defendants. | Case No.: 2:23-CV-09957-SRM-MAR<br><br>[Assigned to the Honorable Serena R. Murillo – Courtroom 5D]<br><br>**DECLARATION OF KATE MCFARLANE AND EXHIBIT IN SUPPORT OF PLAINTIFFS' MOTION TO REOPEN DISCOVERY FOR IME OF DEFENDANT O.A.**<br><br>DATE: November 18, 2026<br>TIME: 1:30 p.m.<br>CRTRM: 5D<br><br>[*Filed concurrently herewith:*<br>*1) Pltfs' Mtn to Reopen Disc; and*<br>*2) [Prop] Order*]<br><br>Complaint filed: November 22, 2023<br>Discovery Cutoff: September 11, 2026<br>FPTC: February 17, 2027<br>Trial Date: Not set |

**DECLARATION OF KATE MCFARLANE**

I, Kate McFarlane, declare and state:

1. I am an attorney at Hadsell Stormer Renick & Dai LLP and am one of the attorneys of record for Plaintiffs in this matter. I am licensed to practice law in the state of California and before this Court. The following information is based upon my personal knowledge, or upon review of files and documents generated or received and regularly maintained by my office in connection with this case. If called upon to do so, I could and would competently testify to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiffs' Motion to Reopen Discovery for IME of Defendant O.A.

3. Plaintiffs' counsel Morgan Ricketts and Defense Counsel Ariel Harman-Holmes met and conferred pursuant to Local Rule 7-3 regarding this motion. Attached hereto as **Exhibit 1** is a true and correct copy of that email.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 9th day of October, 2026, in Pasadena, California.

Kate McFarlane

Kate McFarlane

# INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Email from Morgan Ricketts to Ariel Harman-Holmes, et al., Subject: meet and confer phone call re IME of O.A. |

Ex. 1

**From:** Morgan Ricketts
**To:** Ariel Harman-Holmes; Alex Villegas; Rosa Hirji; Jenny Chau; Travis Wester
**Cc:** Stevens; Jennifer Stone; Joshua Bordin-Wosk
**Subject:** Meet and confer phone call re IME of OA
**Date:** Thursday, August 6, 2026 9:49:27 AM

---

Hi Ariel,

Thanks for taking my call just now. As we discussed, it was not my intention to mislead Judge Rocconi about the status of discovery, and I did not realize that discovery had been reopened only for limited purposes until your email Tuesday afternoon advising us of such. Thus it is my intention to email chambers and note the misunderstanding and make an apology.

However, since there *is* now an order for the IME to proceed, it is also my intention to raise this issue with Judge Murillo and seek to reopen discovery for that purpose as well. I will do so by *ex parte* application, which I will file no later than Monday. I understand you will oppose any such request.

We attempted to reach agreement on other aspects of the dispute, such as a location and date. Judge Rocconi's order permits OA to have a parent and a physician with him, although they may be excluded for portions of the examination. Since Dr. Batra has indicated her availability to monitor OA's deposition on August 21, I proposed that we seek to set the IME for that date.

We also discussed Family Defendants' ongoing request that Plaintiffs agree to move OA's deposition. Unfortunately, as I explained, given the history of OA's reneging on agreements to attend his deposition, we cannot agree to move it again now that the Court has ordered it to take place by tomorrow.

Thank you as always for your professionalism.

*Morgan Ricketts*
Partner
**Hadsell Stormer Renick & Dai LLP**
128 N Fair Oaks Ave
Pasadena, CA 91103
T (626) 585-9600
F (626) 577-7079
mricketts@hadsellstormer.com

**NOTICE:** This electronic mail transmission—and any attachments—contains privileged and confidential information. This information is intended solely for use by the recipients identified in the "To," "Cc," and "Bcc" fields. If you are not an intended recipient, please note that any disclosure, copying, distribution, or use of the contents of this transmission is prohibited. If you have received this transmission in error, please immediately delete it and notify the sender.