Olu K. Orange, Esq. [S. B. #213653]
ORANGE LAW OFFICES, P.C.
3435 Wilshire Blvd., Suite 2910
Los Angeles, California 90010
Telephone: (213) 736-9900 / Facsimile: (213) 417-8800
Email: orangelawoffices@att.net

Dan Stormer, Esq. [S.B. #101967]
Morgan E. Ricketts, Esq. [S.B. #268892]
Bina Ahmad, Esq. [SB. #329387]
Kate McFarlane, Esq. [S.B. #340706]
Isabelle Geczy, Esq. [S.B. # 349594]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600 / Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com / mricketts@hadsellstormer.com
bahmad@hadsellstormer.com / kmcfarlane@hadsellstormer.com
igeczy@hadsellstormer.com

*Attorneys for Plaintiffs M.S. and I.H.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.S., a minor, by and through his guardian *ad litem*, Jessica DeVita; and I.H., a minor, by and through her guardian *ad litem*, Candace Hernandez,<br><br>Plaintiffs,<br><br>v.<br><br>O.A., M.A., J.A., MARAE CRUCE, GREGORY PITTS, ANTONIO SHELTON, SANTA MONICA MALIBU UNIFIED SCHOOL DISTRICT and Does 1 through 10,<br><br>Defendants. | Case No.: 2:23-CV-09957-SRM-MAR<br><br>[Assigned to the Honorable Serena R. Murillo – Courtroom 5D]<br><br>**PLAINTIFFS' OPPOSED *EX PARTE* APPLICATION TO SET PLAINTIFFS' HEARING ON ITS MOTION TO REOPEN DISCOVERY FOR DEFENDANT O.A.'S IME TO NOVEMBER 18, 2026 FOR THE SAKE OF JUDICIAL ECONOMY; DECLARATION OF KATE MCFARLANE AND EXHIBIT**<br><br>CRTRM: 5D<br><br>[*Filed concurrently herewith: [Prop] Order*]<br><br>Complaint filed: November 22, 2023<br>Discovery Cutoff: September 11, 2026<br>FPTC: February 17, 2027<br>Trial Date: Not set |

## I. *EX PARTE* RELIEF REQUESTED

Plaintiffs request that the Court permit Plaintiffs, in the interest of judicial efficiency and as part of the already calendared hearing on November 18, 2026, to be heard on their Motion to Reopen Discovery for an Independent Medical Examination (IME) of Defendant O.A. Relatedly, Family Defendants have a pending Motion for Review scheduled for hearing on November 18, 2026 relating to Judge Rocconi's order Granting Plaintiff's Motion to Compel O.A's IME.

## II. RULE 7-19 COMPLIANCE

*See* McFarlane Declaration following the signature block of this *Ex Parte* Application. As required by Local Rule 7-19, opposing counsel's information is listed below:

**Family Defendants**

Rosa K. Hirji (SBN 204722)
rosa@rkhlawoffice.com
Alexander F. Rodriguez (SBN 322700)
alex@rkhlawoffice.com
Ariel S. Harman-Holmes (SBN 315234)
ariel@rkhlawoffice.com
**HIRJI, CHAU & RODRIGUEZ, LLP**
5173 Overland Avenue
Culver City, CA 90230
Tel: (310) 391-0330 // Fax: (310) 943-0311

**School Defendants**

**BORDIN SEMMER LLP**
Joshua Bordin-Wosk, State Bar No. 241077
jbordinwosk@bordinsemmer.com
Bryan C. Swaim, State Bar No. 289729
bswaim@bordinsemmer.com

Jennifer Stone, State Bar No. 325493
jstone@bordinsemmer.com
6100 Center Drive, Suite 1100
Los Angeles, California 90045
Telephone: (323) 457-2110
Facsimile: (323) 457-2120

## III. INTRODUCTION

Plaintiffs ask this Court to hear Plaintiffs' motion to reopen discovery for O.A.'s IME the same day this Court is already holding another hearing regarding O.A.'s IME. *See* Dkt. 426 (Family Defendants' Motion for Review of Magistrate Judge's August 4, 2026 Order [Dkt. 417]). O.A.'s mental condition is an issue that has been heavily raised throughout this litigation and one that Family Defendants themselves have put at issue. *See* Dkt. 417 at pg. 8 (Judge Rocconi finding Family Defendants have put O.A.'s disability squarely "in controversy"). Family Defendants have argued that O.A.'s condition is directly relevant to the reasonableness of his actions and therefore will be raised in response to Plaintiffs' substantive claims. As discussed further in Plaintiffs' concurrently filed Motion to Reopen Discovery for IME of Defendant O.A., Family Defendants have placed O.A.'s disability squarely "in controversy" rendering an IME of O.A. critical to the evidentiary record.

On October 8, 2025, Plaintiffs filed a Motion to Compel an IME of O.A. and J.A. Dkt. 244-250. Defendants opposed. *Id.* On March 13, 2026, fact discovery closed while this motion was still pending before the Magistrate Judge. On July 31, 2026, this Court issued an order which, in part, reopened discovery for three purposes only. Dkt. 414. On August 4, 2026, Judge Rocconi ruled on Plaintiffs' Motion to Compel an IME of O.A. and J.A., granting Plaintiffs' motion as to O.A. Dkt. 417. On August 19, 2026, Family Defendants filed a Motion for Review of Magistrate Judge Rocconi's August 4, 2026 Order. Dkt. 426.

Plaintiffs in their concurrently filed Motion to Reopen Discovery for IME of

Defendant O.A. seek to reopen discovery for the limited purpose of conducting O.A.'s IME. On November 18, 2026, this Court has already calendared a hearing regarding Family Defendants' motion asking the Court to reconsider granting O.A.'s IME. Plaintiffs therefore respectively request the Court shorten time for the Plaintiffs' hearing in the concurrently filed Motion to Reopen Discovery for IME of Defendant O.A. and hear both the Family Defendants' Motion for Review, as well as Plaintiffs' Motion to Reopen Discovery on the same day.

## IV. JUDICIAL EFFICENCY IS SERVED BY HEARING ALL IME MOTIONS ON NOVEMBER 18, 2026

It would be in the interest of judicial efficiency to grant this *ex parte* application and hear these related hearing on the same day. Defendants' upcoming hearing on November 18, 2026 asking the Court to reconsider granting O.A.'s IME is intimately tied to Plaintiffs' concurrently-filed motion asking the Court to reopen discovery for the limited purpose of this same IME. Following the Court's July 31, 2026 Order reopening discovery for limited purpose and the close of fact discovery, Judge Rocconi ruled on Plaintiffs' Motion to Compel an IME of O.A. and J.A., granting that motion as to O.A. Dkt. 417. Family Defendants then filed their Motion for Review of Magistrate Judge Rocconi's August 4, 2026 Order. Dkt. 426. Plaintiffs, now having been granted O.A.'s IME after discovery closed, seek to reopen discovery for that limited purpose.

Holding both Defendants' hearing asking the Court to reconsider granting O.A.'s IME and Plaintiffs' hearing seeking to reopen discovery for this very IME on the same day serves the interests in judicial economy. The Court has "the power inherent in every court to control. . . its docket with economy of time and effort for itself, for counsel, and for litigants." *Hawai'i v. Trump*, 233 F. Supp. 3d 850, 853 (D. Haw. 2017), citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).

Here, judicial economy for the Court, for counsel and for the litigants will be served in deciding the overall issues regarding O.A.'s IME on the same day. Should the Court deny Defendants' motion to reconsider granting the IME, then it would serve

judicial economy to hear then and there Plaintiffs' motion asking the Court to allow Plaintiffs to reopen discovery for this very IME. Should the Court grant Defendants' motion and withdraw granting the IME, this directly impacts Plaintiffs' motion to reopen discovery for that very IME, therefore serving judicial economy to determine this on the same day as well. It would save the Court time and effort to hear Plaintiffs' motion while all the same required parties are present at Defendants' hearing. The Court should exercise its inherent power "to control. . . its docket with economy of time and effort for itself, for counsel and for litigants" and grant Plaintiffs' *ex parte* relief advancing Plaintiffs' hearing to the same day as Defendants' hearing.

## V. REQUEST

Plaintiffs request that the Court grant Plaintiffs' *ex parte* and calendar Plaintiffs' hearing seeking to reopen discovery for O.A.'s IME to November 18, the same day Defendants' hearing about this very IME will be heard.

Dated: October 9, 2026

Respectfully Submitted,

ORANGE LAW OFFICES

HADSELL STORMER RENICK & DAI LLP

By: /s/ - Kate McFarlane
Olu K. Orange
Dan Stormer
Morgan Ricketts
Bina Ahmad
Kate McFarlane
Attorneys for Plaintiffs M.S. and I.H.

**DECLARATION OF KATE MCFARLANE**

As counsel to Plaintiffs in this matter, I declare under penalty of perjury under the laws of the State of California and the United States of America that the factual statements contained in this document are true and correct to the best of my knowledge, based on my personal review of the filings in this matter and on my own knowledge of events that have transpired.

In compliance with Local Rule 7-19 *et seq*., on October 9, 2026, at approximately 2:45 PM, I called Ariel Harman-Holmes' office in attempt to speak with her directly to provide notice of Plaintiffs' intent to file this *ex parte* application. Ms. Harman-Holmes did not pick up, and I left a message with the secretary for her to return my call.

At 4:06 P.M. I sent Defendants an email with notice of our intent to file the *ex parte* application, asking if they oppose it. Attached hereto as Exhibit 1 is a true and correct copy of that email. At approximately 4:30 P.M., I heard back from Ms. Harman-Holmes, who informed me Family Defendants oppose this application.

Executed this 9th day of October, 2026, in Pasadena, California.

Kate McFarlane

# Ex. 1

**Tami Galindo**

**From:** Kate McFarlane
**Sent:** Friday, October 9, 2026 4:06 PM
**To:** Ariel Harman-Holmes; Olu Orange (personal)
**Cc:** Tami Galindo; Alexander Rodriguez; travis@rkhlawoffice.com; Juan Aviles; Joshua Bordin-Wosk; bswaim@bordinsemmer.com; jstone@bordinsemmer.com; ewoodard@bordinsemmer.com; rosa@rkhlawoffice.com; guadalupe@rkhlawoffice.com; Dan Stormer; Morgan Ricketts; Isabelle Geczy; Santiago Villegas; Karla Jinez; Jenny Chau
**Subject:** Notice of Ex Parte Application - M.S. v. O.A.

Good afternoon Ariel,

I have called and left a message with your secretary for you to return my call, but I did not hear back. I also attempted to call your direct line, but you do not have a voicemail box set up so I could not leave a message.

This is your formal notice that we intend to file an *ex parte* application before Judge Murrillo today, October 9, 2026 Requesting to Shorten Time for a hearing on our Motion to Reopen Discovery for O.A.'s IME in light of Judge Rocconi's Order in Dkt. 417 granting Plaintiff's Motion to Compel O.A.'s IME.

We are requesting that our hearing be set on November 18, 2026 at 1:30 PM, the same date as your Motion for Review of Judge Rocconi's order in Dkt. 417, since these two issues are directly related and that would be in the interest of judicial efficiency.

Please let me know today if you will be opposing this *ex parte* application.

Thank you.

Best,

*Kate McFarlane* (she/her/hers)
Attorney
**HADSELL STORMER RENICK & DAI LLP**
128 N. Fair Oaks Ave.
Pasadena, California 91103
T (626) 585-9600
F (626) 577-7079
kmcfarlane@hadsellstormer.com

**NOTICE:** This electronic mail transmissionâ€”and any attachmentsâ€”contains privileged and confidential information. This information is intended solely for use by the recipients identified in the "To," "Cc" and "Bcc" fields. If you are not an intended recipient, please note that any disclosure, copying, distribution, or use of the contents of this transmission is prohibited. If you have received this transmission in error, please immediately delete it and notify the sender.