Gmail

**Ariel Harman-Holmes <ariel@rkhlawoffice.com>**

---

## Notice of Ex Parte Application Regarding Dkt. 436 | M.S. v. O.A.

1 message

---

**Ariel Harman-Holmes** <ariel@rkhlawoffice.com> Wed, Oct 7, 2026 at 8:00 AM
To: Olu Orange <oluorange@att.net>
Cc: Tami Galindo <tgalindo@hadsellstormer.com>, Alexander Rodriguez <alex@rkhlawoffice.com>, "travis@rkhlawoffice.com" <travis@rkhlawoffice.com>, Kate McFarlane <kmcfarlane@hadsellstormer.com>, Juan Aviles <javiles@hadsellstormer.com>, Joshua Bordin-Wosk <jbordinwosk@bordinsemmer.com>, "bswaim@bordinsemmer.com" <bswaim@bordinsemmer.com>, "jstone@bordinsemmer.com" <jstone@bordinsemmer.com>, "ewoodard@bordinsemmer.com" <ewoodard@bordinsemmer.com>, "rosa@rkhlawoffice.com" <rosa@rkhlawoffice.com>, "guadalupe@rkhlawoffice.com" <guadalupe@rkhlawoffice.com>, Dan Stormer <dstormer@hadsellstormer.com>, Morgan Ricketts <mricketts@hadsellstormer.com>, Isabelle Geczy <igeczy@hadsellstormer.com>, Santiago Villegas <svillegas@hadsellstormer.com>, Karla Jinez <kjinez@hadsellstormer.com>, Jenny Chau <jenny@rkhlawoffice.com>

Counsel,

We intend to file an ex parte application before Judge Rocconi today, October 7, concerning our pending sanctions motion at Dkt. 436.

We'll ask her to approve shortened notice for the October 28 hearing at 11:00 a.m., excuse the uncompleted live conference, and allow separate opposition and reply papers instead of a joint stipulation. We propose opposition due October 14 and reply due October 21. We'll also ask her to suspend the ordinary briefing deadlines until she rules.

We need an approved procedure for resolving the pending expert disputes as the delayed depositions approach. Our requests concerning the discovery cutoff remain before Judge Murillo.

Please let me know this morning whether you oppose the application or agree to the proposed procedure. I'll also call to give oral notice and discuss your position.

Under Judge Rocconi's posted procedures, opposition to the ex parte application should be filed and served within 24 hours of oral notice, unless she orders otherwise. We'll promptly serve the filed papers.

Best,
Ariel