Gmail

**Ariel Harman-Holmes <ariel@rkhlawoffice.com>**

---

# Re: Notice of Ex Parte Application - M.S. v. O.A.

1 message

---

**Ariel Harman-Holmes** <ariel@rkhlawoffice.com> Fri, Oct 9, 2026 at 5:33 PM
To: Kate McFarlane <kmcfarlane@hadsellstormer.com>
Cc: "Olu Orange (personal)" <oluorange@att.net>, Tami Galindo <tgalindo@hadsellstormer.com>, Alexander Rodriguez <alex@rkhlawoffice.com>, "travis@rkhlawoffice.com" <travis@rkhlawoffice.com>, Juan Aviles <javiles@hadsellstormer.com>, Joshua Bordin-Wosk <jbordinwosk@bordinsemmer.com>, "bswaim@bordinsemmer.com" <bswaim@bordinsemmer.com>, "jstone@bordinsemmer.com" <jstone@bordinsemmer.com>, "ewoodard@bordinsemmer.com" <ewoodard@bordinsemmer.com>, "rosa@rkhlawoffice.com" <rosa@rkhlawoffice.com>, "guadalupe@rkhlawoffice.com" <guadalupe@rkhlawoffice.com>, Dan Stormer <dstormer@hadsellstormer.com>, Morgan Ricketts <mricketts@hadsellstormer.com>, Isabelle Geczy <igeczy@hadsellstormer.com>, Santiago Villegas <svillegas@hadsellstormer.com>, Karla Jinez <kjinez@hadsellstormer.com>, Jenny Chau <jenny@rkhlawoffice.com>

Kate,

This confirms our meet and confer today. We will oppose both Plaintiffs' ex parte application and the underlying motion to reopen discovery for O.A.'s IME. You advised that the underlying motion will be attached as an exhibit to the ex parte application.

As we discussed, we intend to file our ex parte application before Judge Rocconi on Monday, October 12, concerning our pending sanctions motion at Dkt. 436. This updates the filing date stated in my October 7 email.

We will request shortened notice for the October 28 hearing at 11:00 a.m., relief from the uncompleted live conference requirement, and permission to file separate opposition and reply papers instead of a joint stipulation. We propose opposition due October 14 and reply due October 21, and will ask that the ordinary briefing deadlines be suspended pending a ruling on the application. Our requests concerning the discovery cutoff remain before Judge Murillo.

You advised that Plaintiffs will oppose our application. If anyone from your office would like to meet and confer further by telephone or videoconference, we are available Monday any time after 10:00 a.m.

Best,
Ariel

On Fri, Oct 9, 2026 at 4:05 PM Kate McFarlane <kmcfarlane@hadsellstormer.com> wrote:

> Good afternoon Ariel,
>
> I have called and left a message with your secretary for you to return my call, but I did not hear back. I also attempted to call your direct line, but you do not have a voicemail box set up so I could not leave a message.
>
> This is your formal notice that we intend to file an *ex parte* application before Judge Murrillo today, October 9, 2026 Requesting to Shorten Time for a hearing on our Motion to Reopen Discovery for O.A.'s IME in light of Judge Rocconi's Order in Dkt. 417 granting Plaintiff's Motion to Compel O.A.'s IME.
>
> We are requesting that our hearing be set on November 18, 2026 at 1:30 PM, the same date as your Motion for Review of Judge Rocconi's order in Dkt. 417, since these two issues are directly related and that would be in the interest of judicial efficiency.
>
> Please let me know today if you will be opposing this *ex parte* application.
>
> Thank you.
>
> Best,
>
> *Kate McFarlane* (she/her/hers)

Attorney

**HADSELL STORMER RENICK & DAI LLP**

128 N. Fair Oaks Ave.

Pasadena, California 91103

T (626) 585-9600

F (626) 577-7079

kmcfarlane@hadsellstormer.com

HADSELL STORMER RENICK & DAI LLP

**NOTICE:** This electronic mail transmissionâ€"and any attachmentsâ€"contains privileged and confidential information. This information is intended solely for use by the recipients identified in the "To," "Cc" and "Bcc" fields. If you are not an intended recipient, please note that any disclosure, copying, distribution, or use of the contents of this transmission is prohibited. If you have received this transmission in error, please immediately delete it and notify the sender.

--

Ariel Harman-Holmes
Senior Litigation Attorney

Hirji, Chau & Rodriguez, LLP
5173 Overland Avenue
Culver City, CA 90230
Phone: (310) 391-0330
Phone: (310) 391-0332
Fax: (310) 943-0311
Email: ariel@rkhlawoffice.com
Website: lawyer4children.com
Like us on Facebook!

STATEMENT OF CONFIDENTIALITY*:* This e-mail message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy, or disclose this message (or any information contained in it) to anyone. If you have received this message in error, please advise the sender by reply e-mail and delete this message.