Rosa K. Hirji (SBN 204722)
*rosa@rkhlawoffice.com*
Alexander F. Rodriguez (SBN 322700)
*alex@rkhlawoffice.com*
Ariel S. Harman-Holmes (SBN 315234)
*ariel@rkhlawoffice.com*
**HIRJI, CHAU & RODRIGUEZ, LLP**
5173 Overland Avenue
Culver City, CA 90230
Tel: (310) 391-0330 // Fax: (310) 943-0311

*Attorneys for Defendants* O.A., M.A., *and* J.A.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

M.S., a minor, by and through his guardian ad litem, Jessica DeVita, et al.

Plaintiff,

v.

O.A., et al.

Defendant.

CASE NO. 2:23−CV−09957-SRM-MAR
*Assigned for all purposes to the Honorable Serena R. Murillo*

**FAMILY DEFENDANTS' OPPOSED EX PARTE APPLICATION TO SHORTEN TIME TO HEAR FAMILY DEFENDANTS' MOTION TO BIFURCATE TRIAL UNDER RULE 42, OR, IN THE ALTERNATIVE, TO SEVER PLAINTIFFS' CLAIMS UNDER RULE 21 (DKT. 433); MEMORANDUM OF POINTS AND AUTHORITIES**

| | |
|---|---|
| Complaint Filed: | November 22, 2023 |
| TAC Filed: | October 21, 2024 |
| Discovery Cutoff: | September 11, 2026 |
| Pretrial Conf.: | February 17, 2027 |
| Trial Date: | TBD |
| | |
| Underlying Hr'g: | December 16, 2026 |
| Hearing Time: | 1:30 PM |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Family Defendants O.A., J.A., and M.A. request an order to shorten time to hear their pending motion to bifurcate trial under Rule 42, or, in the alternative, to sever Plaintiffs' claims under Rule 21 (Dkt. 433) from December 16, 2026 to November 25, 2026. The current last day to hear motions is November 25, 2026 (Dkt. 414). Therefore, the Family Defendants request for the Court to grant the Family Defendants ex parte application and set the hearing on the Family Defendants' motion to November 25, 2026, Plaintiffs' opposition is due November 5, 2026, and Family Defendants' reply is due November 10, 2026. Alternatively, the Family Defendants respectfully request that the Court allow their timely notice motion to bifurcate be heard on the merits on December 16, 2026, Plaintiffs' opposition is due November 25, 2026, and Family Defendants' reply is due December 2, 2026.

Written notice was given on October 22, 2026, and Family Defendants' counsel discussed the application with SMMUSD Defendants' counsel and Plaintiffs' counsel on October 23, 2026. SMMUSD Defendants do not oppose this instant ex parte application. Plaintiffs oppose the Family Defendants' ex parte application to shorten time for the hearing for the motion to be heard on November 25, 2026, however, Plaintiffs agree to continue the hearing cut-off date for Family Defendants' motion (Dkt. 433) **only** to be heard on the presently noticed date of December 16, 2026. Family Defendants request that any opposition to this application be permitted within 24 hours after service of the filed application, unless the Court orders otherwise. Family Defendants respectfully request that the Court establish the requested briefing schedule immediately.

//

//

//

As required by Local Rule 7-19, Plaintiffs' counsel's and SMMUSD Defendants' counsel's information is listed below:

**Plaintiffs' Counsel**

Olu Orange, Orange Law Offices
3435 Wilshire Boulevard, Suite 2910
Los Angeles, California 90010
Telephone: (213) 736-9900
Email: orangelawoffices@att.net; oluorange@att.net

Dan Stormer, Morgan Ricketts, Kate McFarlane, Isabelle Geczy, and Santiago Villegas
Hadsell Stormer Renick & Dai LLP
128 North Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Email: dstormer@hadsellstormer.com; mricketts@hadsellstormer.com; kmcfarlane@hadsellstormer.com; igeczy@hadsellstormer.com; svillegas@hadsellstormer.co

**SMMUSD Defendants' Counsel**

BORDIN SEMMER LLP
Joshua Bordin-Wosk, State Bar No. 241077
jbordinwosk@bordinsemmer.com
Bryan C. Swaim, State Bar No. 289729
bswaim@bordinsemmer.com
Jennifer Stone, State Bar No. 325493
jstone@bordinsemmer.com
6100 Center Drive, Suite 1100
Los Angeles, California 90045
Telephone: (323) 457-2110

DATED: October 23, 2026

HIRJI, CHAU & RODRIGUEZ, LLP

[signature]

Alex Rodriguez
Attorneys for Defts. O.A., J.A., and M.A.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

On September 24, 2026, the Family Defendants O.A., J.A., and M.A. filed their motion to bifurcate trial under Rule 42, or, in the alternative, to sever Plaintiffs' claims under Rule 21 (Dkt. 433), which is set for hearing on December 16, 2026. At the time of filing, the earliest available hearing date was December 16, 2026. The current last day to hear motions is November 25, 2026 (Dkt. 414). Therefore, the Family Defendants respectfully request that the Court grant the Family Defendants ex parte application to shorten time to hear the Family Defendants motion to bifurcate/sever from December 16, 2026 to November 25, 2026. Alternatively, the Family Defendants respectfully request that the Court allow their timely notice motion to bifurcate/sever be heard on the merits on December 16, 2026, Plaintiffs' opposition is due November 25, 2026, and Family Defendants' reply is due December 2, 2026.

### II. THE COURT MAY APPROVE SHORTER TIME TO HEAR A MOTION, OR ALTERNATIVELY, HEAR A MOTION AFTER THE MOTION CUT OFF DATE AS SET IN THE SCHEDULING ORDER

An ex parte request must justify expedited treatment. *Mission Power Engineering Co. v. Continental Casualty Co.*, 883 F. Supp. 488, 492–93 (C.D. Cal. 1995), requires irreparable prejudice from ordinary procedure and a showing that the applicant is without fault in creating the crisis or that the crisis resulted from excusable neglect. *Horne v. Wells Fargo Bank, N.A.*, 969 F. Supp. 2d 1203, 1205 (C.D. Cal. 2013), also recognizes a routine procedural order that cannot be obtained through a regularly noticed motion, including an order shortening time, as an appropriate subject of ex parte relief. Also, the Court has "the power inherent in every court to control. . . its docket with economy of time and effort for itself, for counsel, and for litigants." *Hawai'i v. Trump*, 233 F. Supp. 3d 850, 853 (D. Haw. 2017), citing *Landis v. N. Am. Co*., 299 U.S. 248, 254 (1936).

Here, the Family Defendants do not control the Court's motion calendar availability. In addition, the Family Defendants contend that timely filed motions should be heard on the merits, and not be denied due the Court's unavailability to hear the motion before the Court's scheduling order deadline (Dkt. 414). When the Family Defendants filed their motion to bifurcate trial under Rule 42, or, in the alternative, to sever Plaintiffs' claims under Rule 21 (Dkt. 433) on September 24, 2026, the earliest available hearing date was December 16, 2026. Therefore, in order to have the Family Defendants' motion heard on the merits, the Family Defendants must seek this instant ex parte relief for the Court to either shorten time to hear the motion on November 25, 2026, or alternatively, for the Court to allow the timely filed motion to be heard on the merits on December 16, 2026, which is after the current last day to hear motions as set forth in Dkt. 414.

After meeting and conferring, SMMUSD Defendants do not oppose this instant ex parte application. Plaintiffs oppose the Family Defendants' ex parte application to shorten time for the hearing for the motion to be heard on November 25, 2026, however, Plaintiffs agree to continue the hearing cut-off date for Family Defendants' motion (Dkt. 433) **only** to be heard on the presently noticed date of December 16, 2026. See Exhibit 1.

//

//

//

//

//

//

//

//

//

//

## VI. REQUESTED ORDER

Based on the foregoing, the Family Defendants respectfully request that the Court grant the Family Defendants ex parte application to shorten time to hear the Family Defendants motion to bifurcate/sever (Dkt. 433) from December 16, 2026 to November 25, 2026. Alternatively, the Family Defendants respectfully request that the Court allow their timely notice motion to bifurcate/sever (Dkt. 433) be heard on the merits on December 16, 2026.

DATED: October 23, 2026

HIRJI, CHAU & RODRIGUEZ, LLP

Alex Rodriguez
Attorneys for Defs. O.A., J.A., and M.A.

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendants O.A., J.A., and M.A., certifies that this brief contains 622 words, which complies with the word limit of Local Rule 11-6.1. This count includes headings and citations and excludes the caption, signature block, and this certificate. I used a computer-generated whitespace word count to determine the number of words.

DATED: October 23, 2026

Alex Rodriguez