# EXHIBIT 1

Gmail

Travis Wester <travis@rkhlawoffice.com>

**RE: Notice of Ex Parte to Shorten Hearing Time [M.S., et al. v. Angus, et al. | 2:23-cv-09957-SRM-MAR]**

1 message

**Kate McFarlane** <KMcFarlane@hadsellstormer.com> Fri, Oct 23, 2026 at 11:00 AM

To: Alexander Rodriguez <alex@rkhlawoffice.com>, Karla Jinez <kjinez@hadsellstormer.com>, Bina Ahmad <bahmad@hadsellstormer.com>, Juan Aviles <javiles@hadsellstormer.com>, Tami Galindo <tgalindo@hadsellstormer.com>, Dan Stormer <dstormer@hadsellstormer.com>, "Olu Orange (law office)" <orangelawoffices@att.net>, Isabelle Geczy <igeczy@hadsellstormer.com>, Morgan Ricketts <mricketts@hadsellstormer.com>, Santiago Villegas <svillegas@hadsellstormer.com>, Bryan Swaim <BSwaim@bordinsemmer.com>, Tiffanie Levin <tlevin@bordinsemmer.com>, Joshua Bordin-Wosk <JBordinWosk@bordinsemmer.com>, Jennifer Stone <JStone@bordinsemmer.com>, Rosa Hirji <rosa@rkhlawoffice.com>, Ariel Harman-Holmes <ariel@rkhlawoffice.com>, Jenny Chau <jenny@rkhlawoffice.com>, Guadalupe Ramirez-Gomez <guadalupe@rkhlawoffice.com>, Kimberly Alfaro <clerk@rkhlawoffice.com>, Travis Wester <travis@rkhlawoffice.com>

Hello Alex,

I just received your voicemail.

Yes, Plaintiffs oppose Family Defendants' Ex Parte Application to shorten time for the hearing. However, we would agree to continue the hearing cut-off date for this motion only to be heard on the presently noticed date of December 16, 2026.

Thank you.

Best,

*Kate McFarlane* (she/her/hers)

Attorney

**HADSELL STORMER RENICK & DAI LLP**

128 N. Fair Oaks Ave.

Pasadena, California 91103

T (626) 585-9600

F (626) 577-7079

kmcfarlane@hadsellstormer.com

HADSELL STORMER RENICK & DAI | LLP

**NOTICE:** This electronic mail transmissionâ€”and any attachmentsâ€”contains privileged and confidential information. This information is intended solely for use by the recipients identified in the "To," "Cc" and "Bcc" fields. If you are not an intended recipient, please note that any disclosure, copying, distribution, or use of the contents of this transmission is prohibited. If you have received this transmission in error, please immediately delete it and notify the sender.

---

**From:** Alexander Rodriguez <alex@rkhlawoffice.com>
**Sent:** Friday, October 23, 2026 10:54 AM
**To:** Karla Jinez <kjinez@hadsellstormer.com>; Bina Ahmad <bahmad@hadsellstormer.com>; Juan Aviles <javiles@hadsellstormer.com>; Tami Galindo <tgalindo@hadsellstormer.com>; Dan Stormer <dstormer@hadsellstormer.com>; Olu Orange (law office) <orangelawoffices@att.net>; Isabelle Geczy <igeczy@hadsellstormer.com>; Kate McFarlane <KMcFarlane@hadsellstormer.com>; Morgan Ricketts <mricketts@hadsellstormer.com>; Santiago Villegas <svillegas@hadsellstormer.com>; Bryan Swaim <BSwaim@bordinsemmer.com>; Tiffanie Levin <tlevin@bordinsemmer.com>; Joshua Bordin-Wosk <JBordinWosk@bordinsemmer.com>; Jennifer Stone <JStone@bordinsemmer.com>; Rosa Hirji <rosa@rkhlawoffice.com>; Ariel Harman-Holmes <ariel@rkhlawoffice.com>; Jenny Chau <jenny@rkhlawoffice.com>; Guadalupe Ramirez-Gomez <guadalupe@rkhlawoffice.com>; Kimberly Alfaro <clerk@rkhlawoffice.com>; Travis Wester <travis@rkhlawoffice.com>
**Subject:** Re: Notice of Ex Parte to Shorten Hearing Time [M.S., et al. v. Angus, et al. I 2:23-cv-09957-SRM-MAR]

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Dear Plaintiffs' counsel,

I spoke to Mrs. Stone this morning; she indicated that the SMMSUD Defendants will not oppose the Family Defendants' Ex Parte Application.

After speaking to Mrs. Stone, I left a voicemail for Mrs. McFarlane around 10:50am. Please feel free to call me at (909).993.3104, or indicate Plaintiffs' position.

Thank you,

On Thu, Oct 22, 2026 at 5:08 PM Alexander Rodriguez <alex@rkhlawoffice.com> wrote:

Dear Plaintiffs' Counsel and SMMUSD Defendants' Counsel,

The Family Defendants intend to file an ex parte application before Judge Murrillo tomorrow, October 23, 2026, to request an order to shorten time to hear the Family Defendants' motion to bifurcate/sever (Dkt. 433) from December 16, 2026 to November 25, 2026. When the Family Defendants filed their motion to bifurcate on September 24, 2026, the earliest available hearing date was December 16, 2026.The current last day to hear motions is November 25, 2026 (Dkt. 414).Therefore, the Family Defendants will request that the Court grant the Family Defendants ex parte application and set the hearing on the Family Defendants' motion to November 25, 2026, thus making Plaintiffs' opposition due November 5, 2026, and Family Defendants' reply due November 10, 2026. Alternatively, the Family Defendants will request the Court hear their timely noticed motion to bifurcate on the merits on December 16, 2026, and thus making Plaintiffs' opposition due November 25, 2026, and Family Defendants' reply due December 2, 2026.

Please let me know if you will oppose this *ex parte* application. I am available tomorrow to discuss via telephone.

Per Judge Murillo's *ex parte* rules on her website: The applicant must notify the other party (or parties) that opposing papers are to be filed no later than twenty-four (24) hours following service or by 3:00 p.m. on the first court day after service, whichever is later. The opposing party should advise the CRD (via email) as soon as possible whether it intends to oppose the *ex parte* application, their opposing papers must be filed no later than 24 hours following service or by 3:00 p.m. on the first court day after service, whichever is later.

Best,

--

Alex Rodriguez

Partner

**Hirji, Chau & Rodriguez LLP**

5173 Overland Avenue

Culver City, CA 90230

Phone: (310) 391-0330

Phone: (310) 391-0332

Fax: (310) 943-0311

Email: alex@rkhlawoffice.com

Website: lawyer4children.com

Like us on Facebook!

STATEMENT OF CONFIDENTIALITY*:* This e-mail message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy, or disclose this message (or any information contained in it) to anyone. If you have received this message in error, please advise the sender by reply e-mail and delete this message.

--

Alex Rodriguez

Partner

**Hirji, Chau & Rodriguez LLP**

5173 Overland Avenue

Culver City, CA 90230

Phone: (310) 391-0330

Phone: (310) 391-0332

Fax: (310) 943-0311

Email: alex@rkhlawoffice.com

Website: lawyer4children.com

Like us on Facebook!

STATEMENT OF CONFIDENTIALITY*:* This e-mail message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy, or disclose this message (or any information contained in it) to anyone. If you have received this message in error, please advise the sender by reply e-mail and delete this message.

---

This email has been scanned for spam & viruses. If you believe this email should have been stopped by our filters, click here to report it.