Olu K. Orange, Esq. [S. B. #213653]
ORANGE LAW OFFICES, P.C.
3435 Wilshire Blvd., Suite 2910
Los Angeles, California 90010
Telephone: (213) 736-9900 / Facsimile: (213) 417-8800
Email: orangelawoffices@att.net

Dan Stormer, Esq. [S.B. # 101967]
Morgan E. Ricketts, Esq. [S.B. # 268892]
Kate McFarlane, Esq. [S.B. #340706]
Isabelle Geczy, Esq. [S.B. #349594]
Santiago Villegas, Esq. [S.B. #366637]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600 / Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com / mricketts@hadsellstormer.com
svillegas@hadsellstormer.com / kmcfarlane@hadsellstormer.com
igeczy@hadsellstormer.com

*Attorneys for Plaintiffs M.S. and I.H.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.S., a minor, by and through his guardian *ad litem*, Jessica DeVita; and I.H., a minor, by and through her guardian *ad litem*, Candace Hernandez,<br><br>Plaintiffs,<br><br>v.<br><br>O.A., M.A., J.A., MARAE CRUCE, GREGORY PITTS, ANTONIO SHELTON, SANTA MONICA MALIBU UNIFIED SCHOOL DISTRICT and Does 1 through 10,<br><br>Defendants. | Case No.: 2:23-cv-09957-SRM-MAR<br><br>[Assigned to the Honorable Serena R. Murillo – Courtroom 5D]<br><br>**DECLARATION OF DR. ASHLEY AZCARRAGA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FAMILY DEFENDANTS' MOTION FOR REVIEW OF MAGISTRATE JUDGE'S AUGUST 4, 2026 ORDER [DKT. 417] PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 72(a) AND LOCAL RULE 72-2.1**<br><br>DATE: November 18, 2026<br>TIME: 1:30 p.m.<br>CRTRM: 5D<br><br>Complaint filed: November 22, 2023<br>Discovery Cutoff: September 11, 2026<br>FPTC: February 17, 2027<br>Trial Date: Not set |

# DECLARATION OF DR. ASHLEY AZCARRAGA

I, Dr. Ashley Azcarraga, hereby declare as follows:

1. I am licensed as a psychologist in Arizona, California, Colorado, New Mexico, and Texas, and I hold telehealth psychology licenses in Florida and Vermont. I also hold the Association of State and Provincial Psychology Boards Interjurisdictional Practice Certificate and authorization to practice under PSYPACT. I have been retained by counsel for Plaintiffs to conduct an Independent Medical Examination of O.A. The information contained herein is based on my personal knowledge, or upon my background, training, and education. If called upon, I could testify in a court of law to the accuracy of the matters set forth herein.

2. This Declaration is submitted in support of Plaintiffs' Opposition to Family Defendants' Motion for Review of Magistrate Judge's August 4, 2026 Order [Dkt. 417] Pursuant to Federal Rule of Civil Procedure 72(a) and Local Rule 72-2.1.

3. I understand the Family Defendants are seeking an order directing me not to ask O.A. any repetitive questions. It is never my goal or approach to interrogate or aggressively question evaluees. I do not and would never raise my voice at evaluees. However, it is part of the clinical process that I need to be able to ask questions about the same subject matter in different ways, and I need to be able to ask sensible follow-up questions.

4. I understand the Family Defendants also seek an order that a third party may be present during my examination and clinical interview of O.A. This is not an accepted method because it is well understood that observation impacts responses. Such a condition would materially change the process and in my opinion, render it unscientific and nonstandard. I will not be able to fully assess O.A. with a third party present.

5. In addition, the testing that I will be performing on O.A. in many cases is copyrighted, and I am ethically obligated not to release those materials to any third party; having a third party present in the examination room could prevent me from being able to use those tests.

6. I always assess evaluees for signs of fatigue. If O.A. shows signs of fatigue or distress I am confident that I will be able to encourage him to take a break.

7. It is not a problem for O.A. to be able to eat, drink, or take breaks as needed during the course of the examination. It is not a problem for his doctor to accompany him to the exam if the doctor is excluded and waits outside of the examination room at my discretion. It is also not a problem to take timed breaks every 45 minutes to an hour if that is an accommodation that the Family Defendants believe will avoid issues.

8. I understand the Family Defendants are requesting a limitation of 4 hours for the full examination. I do not know now if I will need more than four hours with O.A., and likely will not be able to make that assessment until the exam is already underway. However, many of my examinations do require more than four hours and I would expect that this one will as well.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 28, 2026 in Pasadena, California.

______________________________
Dr. Ashley Azcarraga