**DISCOVERY MATTER**

Olu K. Orange, Esq. [S. B. #213653]
ORANGE LAW OFFICES, P.C.
3435 Wilshire Blvd., Suite 2910
Los Angeles, California 90010
Telephone: (213) 736-9900 / Facsimile: (213) 417-8800
Email: orangelawoffices@att.net

Dan Stormer, Esq. [S.B. # 101967]
Morgan E. Ricketts, Esq. [S.B. # 268892]
Kate McFarlane, Esq. [S.B. #340706]
Isabelle Geczy, Esq. [S.B. #349594]
Santiago Villegas, Esq. [S.B. #366637]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600 / Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com / mricketts@hadsellstormer.com
svillegas@hadsellstormer.com / kmcfarlane@hadsellstormer.com
igeczy@hadsellstormer.com

*Attorneys for Plaintiffs M.S. and I.H.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

M.S., a minor, by and through his guardian *ad litem*, Jessica DeVita; and I.H., a minor, by and through her guardian *ad litem*, Candace Hernandez,

Plaintiffs,

v.

OLIVER ANGUS, MICHAEL ANGUS, JAMIE ANGUS, MARAE CRUCE, GREGORY PITTS, ANTONIO SHELTON, SANTA MONICA MALIBU UNIFIED SCHOOL DISTRICT and Does 1 through 10,

Defendants.

Case No.: 2:23-cv-09957-SRM-MAR

[Assigned to the Honorable Serena R. Murillo – Courtroom 5D]

**PLAINTIFFS' OBJECTION TO DEFENDANTS' RENEWED MOTION FOR EXPERT DISCOVERY SANCTIONS, INCLUDING EXCLUSION OR LIMITATION AND REASONABLE EXPENSES**

DATE: November 25, 2026
TIME: 11:00 a.m.

**[MATTER FOR DETERMINATION BY THE HONORABLE MARGO A. ROCCONI]**

Complaint filed: November 22, 2023
Discovery Cutoff: September 11, 2026
FPTC: February 17, 2027
Trial Date: Not set

## OBJECTION

**A. Lack of Jurisdiction**

Plaintiffs object to Defendants' filing of this motion for sanctions, which seeks exclusion of experts at trial as a sanction for scheduling conflicts. This is premature and should be filed as a motion in limine. It also must be filed before the District Judge, rather than the Magistrate. Plaintiffs do not believe this motion may be decided by the Magistrate Judge.

**B. Failure to Meet and Confer**

Defendants previously filed this motion for expert discovery sanctions on October 3 and set their motion for October 28. Dkt. 436. This was only 25 days' notice. Local Rules 37-2.4 and 6-1 require 28 days' notice.

Plaintiffs filed an objection to being required to respond in less than the statutory time and failure to meet and confer, and the Court struck the motion. Dkt. 452.

Defendants have now refiled their motion without ever adequately meeting and conferring.

The Court has previously admonished counsel for failure to comply with Local Rule 37-3, and has even stricken a number of pending motions that did not appear to comply with this requirement. See Dkt. 297 (November 24, 2025 Order striking two of Plaintiffs' motions and three of Defendants' motions for failure to comply with Local Rule 37-3).

As further context, Plaintiffs note that in the past three months, Family Defendants have repeatedly failed to leave adequate time for a meet and confer as required by Local Rule 37-3, or Local Rule 7-3. The below chart summarizes **eight** noticed motions filed in August, September, or October 2026 by Family Defendants without affording Plaintiffs more than a *single day's notice* that a meet and confer was requested:

/ / /

/ / /

| Dkt. | Description | Date of M&C Request | Date Filed |
|---|---|---|---|
| 426 | Family Defts' Mtn for Review of Mag Judge's Aug 4, 2024 Order [Dkt. 417] Per FRCP 72(a) & Local Rule 72-2.1 | 8/19/2026 | 8/19/2026 |
| 429 | Family Defts' Mtn for Review of Mag Judge's Aug 4, 2024 Order [Dkt. 417] Per FRCP 72(a) & Local Rule 72-2.1 | 8/19/2026 | 8/20/2026 |
| 433 | Family Defts' Mtn to Bifurcate Trial Under Rule 42 or Sever Pltfs' Claims Under Rule 21 | unknown | 9/24/2026 |
| 436 | Defts' Jt Mtn for Expert Disc Sanctions, Incl Exclusion, Attys' Fees & Costs | 10/2/2026 | 10/2/2026 |
| 437 | Family Defts' Mtn for Relief from Expert Disc & Related Mtn Deadlines | 10/2/2026 | 10/3/2026 |
| 457 | Defts' Renew Mtn for Expert Disc Sanctions, Incl Excl or Limit & Reason Expenses or Ltd Disc Relief | 10/26/2026 | 10/28/2026 |
| 458 | Family Defts' Mtn to Term or Remove Jessica DeVita as GAL for M.S | 10/27/2026 | 10/28/2026 |
| 459 | Family Defts' Mtn to Disqualify Orange & Orange Law Offices from Representing M.S | 10/27/2026 | 10/28/2026 |

If the Court desires a full Opposition, Plaintiffs will provide one upon the Court's instruction.

Dated: October 29, 2026

Respectfully Submitted,

ORANGE LAW OFFICES

HADSELL STORMER RENICK & DAI LLP

By: */s/ Morgan Ricketts*

Olu K. Orange
Dan Stormer
Morgan Ricketts
Kate McFarlane
Isabelle Geczy
Santiago Villegas
Attorneys for Plaintiffs M.S. and I.H.

**Certificate of Compliance**

The undersigned, counsel of record for Plaintiffs M.S. and I.H., certifies that this brief contains less than 1,000 words, which complies with the word limit of L.R. 11-6.1

Dated: October 29, 2026

/s/- *Morgan Ricketts*
Morgan Ricketts