Olu K. Orange, Esq. [S. B. #213653]
ORANGE LAW OFFICES, P.C.
3435 Wilshire Blvd., Suite 2910
Los Angeles, California 90010
Telephone: (213) 736-9900 / Facsimile: (213) 417-8800
Email: orangelawoffices@att.net

Dan Stormer, Esq. [S.B. # 101967]
Morgan E. Ricketts, Esq. [S.B. # 268892]
Kate McFarlane, Esq. [S.B. #340706]
Isabelle Geczy, Esq. [S.B. #349594]
Santiago Villegas, Esq. [S.B. #366637]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600 / Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com / mricketts@hadsellstormer.com
svillegas@hadsellstormer.com / kmcfarlane@hadsellstormer.com
igeczy@hadsellstormer.com

*Attorneys for Plaintiffs M.S. and I.H.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

M.S., a minor, by and through his guardian *ad litem*, Jessica DeVita; and I.H., a minor, by and through her guardian *ad litem*, Candace Hernandez,

Plaintiffs,

v.

O.A., M.A., J.A., MARAE CRUCE, GREGORY PITTS, ANTONIO SHELTON, SANTA MONICA MALIBU UNIFIED SCHOOL DISTRICT and Does 1 through 10,

Defendants.

Case No.: 2:23-cv-09957-SRM-MAR

[Assigned to the Honorable Serena R. Murillo – Courtroom 5D]

**PLAINTIFFS' OMNIBUS OBJECTION RE FAMILY DEFENDANTS' REPLIES RE MOTION FOR REMOVAL OF GUARDIAN AD LITEM (DKT 476) AND COUNSEL FOR M.S. (DKT 477)**

//

//

//

# OBJECTION TO REPLIES

On October 28, 2026, Family Defendants filed motions to strip Plaintiff M.S. of his longest serving counsel, Attorney Orange, as well as his guardian ad litem, Jessica DeVita – his mother (Dkt 458 and 459). It is uncontested that Defendants met and conferred with Plaintiffs on both of these issues seven months earlier in March of 2026, then after that seven month delay chose to notice these motions for the closed motion date of November 25, 2026 (Dkt 468, Ex. A). Defendants acknowledge the wrongfulness of noticing motions on a closed motion date because they filed an ex parte application on October 29, 2026, requesting relief (Dkt 460). Plaintiffs filed an opposition to this ex parte application, citing the seven month delay and other factors (Dkt 468). The Court has not granted Defendants ex parte application allowing the motions to be heard on the closed date of November 25, 2026. The motion cut-off in this case is November 25, 2026.

Plaintiffs object to Defendants' instant replies for three reasons: (i) in order for a reply to be properly filed – there needs to be a hearing date – here, the Court did not grant Defendants' requested relief to set the motions for the closed hearing date. So, no reply is appropriate. This is why Plaintiffs filed only objections, rather than oppositions. Without the requested relief being granted, oppositions were not appropriate. If Defendants' ex parte application for a hearing is granted on their seven-month-delayed motions, after the motion cut-off – Plaintiffs respectfully request an opportunity to fully brief and oppose both motions; (ii) Plaintiffs also object to Defendants' replies because they are written as if Plaintiffs fully briefed and supported the issues, which Plaintiffs did not – because they objected – as is appropriate under the circumstances; and (iii) Plaintiffs' further object because papers associated with a motion noticed for a closed date should be stricken. "The Court struck the motions at ECF Nos. 92 and 96 for attempting to set a hearing on a closed motion date. See (ECF No. 100)." *Minjie Zheng v. Internet Corp. for Assigned Names & Nos.*, No. 2:25-cv-04808-SPG-AJR, 2025 U.S. Dist. LEXIS 182784, at *6 n.3 (C.D. Cal. Sep. 16, 2025); "The Court, however, ordered

the Motion to be stricken because the motion was set for a closed hearing date." *Budget Blinds, Inc. v. Mahmood*, No. CV10-0552 PSG (MLGx), 2010 U.S. Dist. LEXIS 86925, at *3 (C.D. Cal. July 29, 2010).

For the Court's convenience, the docket entries associated with Defendants' seven-month-delayed motion are set forth below, in order:

- Dkt 458 - MOTION for Removal of Guardian ad Litem Jessica DeVita on closed motion date - Nov. 25th
- Dkt 459 - MOTION to Disqualify Counsel Olu Orange on closed motion date - Nov. 25th
- Dkt 460 - EX PARTE APPLICATION to Shorten Time for Hearing on 458 & 460 to Nov. 25th
- Dkt 465 - OBJECTION to MOTION for Removal of Guardian ad Litem Jessica DeVita on closed motion date - Nov. 25th
- Dkt 466 - OBJECTION to MOTION to Disqualify Counsel Olu Orange on closed motion date - Nov. 25th
- Dkt 468 - OPPOSITION re: EX PARTE APPLICATION to Shorten Time for Hearing to Nov. 25th
- Dkt 476 - REPLY RE MOTION for Removal of Guardian ad Litem Jessica DeVita on closed motion date - Nov. 25th
- Dkt 477 - REPLY RE MOTION to Disqualify Counsel Olu Orange on closed motion date - Nov. 25th

//

//

//

Plaintiffs object to Defendants' Replies (Dkts 476 and 477) and respectfully request that the Court strike them and the motions associated with them (Dkts 458 and 459) because they were all filed and noticed for a closed motion date, November 25, 2026.

Dated: November 12, 2026

Respectfully Submitted,

ORANGE LAW OFFICES

HADSELL STORMER RENICK & DAI LLP

By: *_/s/ Olu K. Orange_*

Olu K. Orange
Dan Stormer
Morgan Ricketts
Kate McFarlane
Isabelle Geczy
Santiago Villegas

Attorneys for Plaintiffs M.S. and I.H.