Olu K. Orange, Esq. [S. B. #213653]
ORANGE LAW OFFICES, P.C.
3435 Wilshire Blvd., Suite 2910
Los Angeles, California 90010
Telephone: (213) 736-9900 / Facsimile: (213) 417-8800
Email: orangelawoffices@att.net

Dan Stormer, Esq. [S.B. #101967]
Morgan E. Ricketts, Esq. [S.B. #268892]
Bina Ahmad, Esq. [SB. #329387]
Kate McFarlane, Esq. [S.B. #340706]
Isabelle Geczy, Esq. [S.B. # 349594]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600 / Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com / mricketts@hadsellstormer.com
bahmad@hadsellstormer.com / kmcfarlane@hadsellstormer.com
igeczy@hadsellstormer.com

*Attorneys for Plaintiffs M.S. and I.H.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

M.S., a minor, by and through his guardian *ad litem*, Jessica DeVita; and I.H., a minor, by and through her guardian *ad litem*, Candace Hernandez,

Plaintiffs,

v.

O.A., M.A., J.A., MARAE CRUCE, GREGORY PITTS, ANTONIO SHELTON, SANTA MONICA MALIBU UNIFIED SCHOOL DISTRICT and Does 1 through 10,

Defendants.

Case No.: 2:23-CV-09957-SRM-MAR

[Assigned to the Honorable Serena R. Murillo – Courtroom 5D]

**DECLARATION OF KATE MCFARLANE IN SUPPORT OF PLAINTIFFS' REPLY TO MOTION FOR SANCTIONS AGAINST ALEX RODRIGUEZ AND JENNY CHAU**

DATE: November 18, 2026
TIME: 1:30 p.m.
CRTRM: 5D

[*Filed concurrently herewith: Karsaz Decl iso Pltfs' Reply to Mtn for Sanctions*]

Complaint filed: November 22, 2023
Discovery Cutoff: September 11, 2026
FPTC: February 17, 2027
Trial Date: Not set

# DECLARATION OF KATE MCFARLANE

I, Kate McFarlane, declare and state:

1. I am an attorney at Hadsell Stormer Renick & Dai LLP and am one of the attorneys of record for Plaintiffs in this matter. I am licensed to practice law in the state of California and before this Court. The following information is based upon my personal knowledge, or upon review of files and documents generated or received and regularly maintained by my office in connection with this case. If called upon to do so, I could and would competently testify to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiffs' Reply to Motion for Sanctions Against Alex Rodriguez and Jenny Chau.

3. I spoke to Dr. Willison's counsel, Michael Karsaz in early October regarding Dr. Willison's deposition. During the call, Mr. Karsaz expressed his concern with how the Family Defendant attorneys, particularly Alex Rodriguez, had behaved toward him throughout the case. I explained we have a motion for sanctions pending against Mr. Rodriguez and Ms. Chau for their behavior toward him and Dr. Willison relating to Plaintiffs' subpoena for Dr. Willison's records pertaining to O.A. Mr. Karsaz offered to provide a declaration in support of our motion, stating his position and experience with Family Defendants' counsel that was particularly concerning to him.

4. We did not receive Mr. Karsaz's declaration until today, November 16, 2026.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 16th day of November, 2026, in Pasadena, California.

Kate McFarlane (signature)

Kate McFarlane