Olu K. Orange, Esq. [S. B. #213653]
ORANGE LAW OFFICES, P.C.
3435 Wilshire Blvd., Suite 2910
Los Angeles, California 90010
Telephone: (213) 736-9900 / Facsimile: (213) 417-8800
Email: orangelawoffices@att.net

Dan Stormer, Esq. [S.B. # 101967]
Morgan E. Ricketts, Esq. [S.B. # 268892]
Kate McFarlane, Esq. [S.B. #340706]
Isabelle Geczy, Esq. [S.B. #349594]
Santiago Villegas, Esq. [S.B. #366637]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600 / Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com / mricketts@hadsellstormer.com
kmcfarlane@hadsellstormer.com / igeczy@hadsellstormer.com
svillegas@hadsellstormer.com

*Attorneys for Plaintiffs M.S. and I.H.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.S., a minor, by and through his guardian *ad litem*, Jessica DeVita; and I.H., a minor, by and through her guardian *ad litem*, Candace Hernandez,<br><br>Plaintiffs,<br><br>v.<br><br>O.A., M.A., J.A., MARAE CRUCE, GREGORY PITTS, ANTONIO SHELTON, SANTA MONICA MALIBU UNIFIED SCHOOL DISTRICT and Does 1 through 10,<br><br>Defendants. | Case No.: 2:23-cv-09957-SRM-MAR<br><br>[Assigned to the Honorable Serena R. Murillo – Courtroom 5D]<br><br>**DECLARATION OF MICHAEL KARSAZ IN SUPPORT OF PLAINTIFFS' REPLY TO MOTION FOR SANCTIONS AGAINST ALEX RODRIGUEZ AND JENNY CHAU**<br><br>DATE: November 25, 2026<br>TIME: 1:30 p.m.<br>CRTRM: 5D<br><br>[*Filed concurrently herewith: Pltfs' Reply iso Mtn for Sanctions*]<br><br>Complaint filed: November 22, 2023<br>Discovery Cutoff: September 11, 2026<br>FPTC: February 17, 2027<br>Trial Date: Not set |

# DECLARATION OF MICHAEL KARSAZ

1. I am an attorney licensed to practice in California. I represent Dr. L. David Willison, a psychiatrist who treated Defendant O.A. in December 2019 and January 2020.

2. This Declaration is filed in support of Plaintiffs' Reply to Motion for Sanctions Against Alex Rodriguez and Jenny Chau.

3. On August 1, 2025, my client, Dr. Willison, received a subpoena for O.A.'s records asking that they be produced to Plaintiffs' counsel on August 20, 2025.

4. The records in question are very short. It was not especially difficult or time-consuming to prepare them to be produced. We could have produced them on the due date for compliance without issue.

5. O.A. and his family insisted repeatedly that my client not produce the subpoenaed records until a court order was in place.

6. O.A.'s insistence and repeated communications directing him not to produce records caused Dr. Willison understandable concern about being sued by O.A. and his family, and as a direct result of that concern, did not produce his records for nine months after the date of compliance. If attorneys Chau and Rodriguez had instead acknowledged that Dr. Willison should comply with the subpoena absent the issuance of a court order, we would have done so in a timely fashion.

7. I was eventually provided with a court order that had been obtained from Magistrate Rocconi denying O.A.'s motion to quash the subpoena to my client, but even then O.A. and his family insisted he should not produce the records.

8. I feel that the attorneys representing O.A. harassed both me and my client by this whole process, since they caused him and I great concern that one or both of us was going to be sued, required Dr. Willison to hire counsel for substantial number of hours to address this issue, and dragged out the proceedings for nearly a year. I felt that the attorneys representing O.A. were using intimidation to get their way, and that they intimidated both myself and my client.

November 16, 2026
Date

Michael Karsaz