**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

M.S. et al

PLAINTIFF(S)

v.

Oliver Angus et al

DEFENDANT(S).

CASE NUMBER:

2:23-cv-09957-SRM-MAR

**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)**

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| *Date Filed* | *Doc. No.* | *Title of Document* |
| --- | --- | --- |
| 10/28/2026 | 457 | MOTION for Discovery re: Expert Disc. Sanctions |
| | | |

- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Incorrect event selected. Correct event is ______________________
- ☐ Case number is incorrect or missing
- ☐ Hearing information is missing, incorrect, or not timely
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Case is closed
- ☐ Proposed Document was not submitted as separate attachment
- ☐ Title page is missing
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☑ Other: Local Rules 37-1 Failure to Meet and Confer; 37-2 Failure to file Joint Stipulation; 37-2.4 No declaration that opposing counsel failed to confer in a timely manner under L.R. 37-1, ie within ten days after the moving party serves a letter requesting such conference. See Dkt. 457-3 at 65

Dated: 11/17/26

By: [signature]

U.S. ~~District Judge /~~ U.S. Magistrate Judge

*cc: Assigned District and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**