UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

M.S. et al.,

Plaintiffs,

v.

O.A., et al.,

Defendants.

Case No. 2:23-cv-09957-SRM-MAR

**ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE DEPOSITION ERRATA OF DEFENDANT M.A. [430]**

Before the Court is Plaintiffs M.S., a minor, by and through his guardian ad litem, Jessica DeVita; and I.H., a minor, by and through her guardian ad litem, Candace Hernandez's ("Plaintiffs") Motion to Strike Deposition Errata of Defendant M.A. ("Motion"). Dkt. 430. Defendants O.A., M.A., and J.A. ("Defendants") oppose the characterization of the dispute, but do not oppose an order striking Defendant M.A.'s April 28, 2026 deposition errata. *See* Dkt. 471. Plaintiffs replied. Dkt. 478. The Court finds this matter appropriate for resolution without oral argument. *See* Fed. R. Civ. P. 78(b); C. D. Cal. R. 7-15.

///

///

///

The Court, having considered the Motion and finding good cause therefor, hereby **GRANTS** the Motion, Dkt. 430, and **STRIKES** the deposition errata of Defendant M.A., submitted on April 28, 2026.

**IT IS SO ORDERED.**

Dated: November 23, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE